**Noreen Rucinski**
Dir. Strategic Business Development
Schneider Rucinski Enterprises
3344 N Mt. View Dr
San Diego CA 92116
619-282-7977
Fax 606-775-1405

Plaintiff in Pro Per

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER RUCINSKI ENTERPRISES, a California Company, <br><br> Plaintiff, <br><br> vs. <br><br> TOUCH ASIA OUTSOURCING SOLUTIONS, INC., dba TOUCH ASIA CALL CENTER, INC, a California Corporation.; RUDY NGAW; an individual STRATASOFT, INC.; INX, INC., a Texas Corporation formerly known as I-SECTOR CORPORATION; and DOES 1 through 20, inclusive, <br><br> Defendants. | Case No.: '08 CV 0138 WQH POR <br><br> **DECLARATION OF Dennis R. McBroom** |

I, Dennis Robert McBroom, declare as follows:

1.   I am the Chief Operating Officer of Telpro Incorporated, ("Telpro") sole stockholder and founder. As COO I function in various capcities including appraisal, purchasing and re-sale of New and pre-owned telecommunications, network and data equipment. I have personal, hands on, knowledge of the following facts and, if required to do so, I would testify thereto in a court of law.

1

2. I am a 21 year industry veteran in the purchase/appraisal/remarketing of pre-owned telecommunications equipment industry. I specialize in appraisal/remarketing of Inter Exchange Carrier (IXC) equipment. I have appraised/and or purchased in excess of one hundred million dollars worth of carrier/telecom equipment since forming Telpro in 1986. Prior to 1986 I served as Managing General Partner/GM for an IXC company with three switching centers in Ohio. (P.O.P.'s or points of presence). I possess a GSA contract/am a certified U.S. Government contractor for IT hardware sales and repair. Thus, my experience and expertise in Telecom/IXC hardware includes hands on experience in telecom hardware appraisal, re-sale, and management of companies that appraise, buy, sell and actually use new and pre-owned IXC equipment/telecom gear

3. Telpro is now a member in good standing of both the North American Association of Telecom Dealers and The International Association of Telecom Dealers. Telpro has held memberships in other trade associations including ComTel and ACTA. I have served in the capacity of expert witness and presented testimony in a court of law as an expert in establishing current market value of pre-owned telecom equipment. I hold both BS and MS degrees.

5. In my capacity as COO for Telpro, I was hired to do a desktop appraisal of the property detailed in Exhibit 1.

2

6. Based upon my analysis, I estimate the value of the items in Exhibit 1, for immediate sale at market value, to be less than $1,000. I herein acknowledge the original purchase price was $245,000.00 with all software, support and usage rights included. Stratasoft and Parent company Isector, have removed all values to this hardware, other, other than re-use as replacement components / spare parts. The letter from counsel Narset and Jim Long of ISector, along with emails from representative, Gary Johnson, clearly indicate lack of ownership/transfer rights for software, software support, or even use of the copyrighted software. Positioning by Bridges, Pace, and MCCarthy's of Stratasoft further remove any value in the hardware to Schneider Rucinski Enterprises as they underscore the elimination resale possibilities as an operational unit. In my extensive business practices and expert witness experiences I have found that it is standard industry practice for all software rights, responsibilities, including transfer rights, if any, to be established at the point of original sale. This was re-stated in e-mails from Bridge and Pace and McCathry regarding point of sale of the goods to Schneider Rucinski Enterprises. Schneider Rucinski Enterprises has been deprived of any rights or business advantage after supplying payment to Stratasoft, according to counsels return letters. Software, Guarantees, and warrantees were to be maintained thru the term of lease by lessee, during any conflict and or default. Stratasoft was made aware in Dec of 04 and again in May of 2005 to shutdown software to preserve value.

My appraisal and the methodology used to arrive at these figures is attached hereto and incorporated herein by reference as Exhibit "1".

3

1  I declare under penalty of perjury under the laws of the State of Ohio and
2  under the United States of America that the foregoing is true and correct.
3  
   Executed this 18th day of January at Toledo Ohio
4  
5  
6  By: _____
       Dennis R. McBroom
7      COO
       Telpro Inc

4

# DESKTOP ASSESMENT OF FAIR MARKET VALUE
## STRATASOFT CALL CENTER SOLUTION AND EXCEL EQUIPMENT
### January 18, 2008
### BY DENNIS McBROOM
### TELPRO INCORPORATED

| 2004 Stratasoft Call Center Solution Hardware | Price | Qty |
|---|---|---|
| Rack Mounted Telephony Server (Including Monitor, NIC Card, Modem, Mouse Keyboard | 100.00 | 1 |
| DM/V960A-4T1 Quad Span Dialogic Card | 100.00 | 5 |
| DM/V480A-2T1 Dual Dialogic Card | 100.00 | 1 |
| DM/V2400A Dialogic Resource Board | 25.00 | 1 |
| Dialogic Channel Card | 25.00 | 2 |
| Dialogic Resource Card | 25.00 | 1 |
| Alliance Systems Telephony Server Chassis | | |
| Items related to software by reference only, no value due to Lack of useage or transferability | 5.00 | 1 |
| Stratasoft maintenance | 0 | |
| StrataDial® Engine Software 120 Agent by 360 Line Licenses | 0 | |
| StrataDial® List Management and Reporting System Licenses | 0 | |
| 120 - Telephone Sale Representative (TSR) Blended Agent Licenses | | |
| Source code for "fail-safe" last resort reference | 0 | |
| Strata Q/A  2 licenses | 0 | |
| Dell System includes | | |
| PERC4/Di Embedded RAID Controller | 26.00 | |
| 2 x 36Gb 10k RPM U320 SCSI Hard Drives (RAID 1) | 10.00 | |
| | **$841** | |

Value of the afore mentioned at liquidation

Reviews of above equipment found on EBAY, DOVE BID, Telecom Liquidators
20 items were reviewed for costs today without software. A mean average of costs from the above recognized resale business locations found/referenced on the internet.

## Collateral Equipment listed on the lessee

| | | |
|---|---|---|
| DMV480A2T1 | Dialogic Station Card | HX013089 |
| DMV480A2T1 | Dialogic Station Card | HX013090 |
| DMV480A2T1 | Dialogic Station Card | HX013091 |
| DMV960A4T1 | Dialogic Channel Card | HX013807 |
| DMV960A4T1 | Dialogic Channel Card | HX010831 |
| DMV960A4T1 | Dialogic Channel Card | HX015441 |
| DMV960A4T1 | Dialogic Channel Card | HX015440 |
| DMV2400APCI | Dialogic Resource Card | HX015028 |
| TYPEII-ARC | Alliance Systems Telephony Server Chassis | E042604-15 |

| SERIAL # | DESCRIPTION | ITEM # | ORDERED |
|---|---|---|---|
| 15SVGA | Hansol 15" SVGA Monitor | G15590350900589 | |
| | Cable, CTBus Assy, 8 Drop | CAB0688 | 1 |
| | Cable ATX 4P to P4 12V | CAB3050 | 1 |
| | DMV960A4TIPCI | DIA4401 | 4 |
| HX015451 | | | |
| HX015444 | | | |
| HX015443 | | | |
| HX015442 | | | |
| | DMV2400APCI | DIA453 | 1 |
| | CDROM EIDE 52x Int. | PCCDR0015 | 1 |
| 1390398 | | | |
| | I-Series 5000 Enclosure | PCCHA5400 | 1 |
| E051204-18 | | | |
| | Intel CPU P4 2.4GHz 512K 400FSB | PCCPU1102 | 1 |
| ASI0056524 | | | |
| | Floopy 3.5" 1.44MB - Black | PCFDR1004 | 1 |
| | Seagate Barracuda 7200.7 80GB AT | PCHDR0483 | 3 |
| 5JV6HWW5 | | | |
| 5JV6HXOH | | | |
| 5JV6HX9S | | | |
| | 1GB 266MHz PC2100 DDR Memory LP | PCMEM0255 | 1 |
| ASI0058232 | | | |
| | SBC P4 845 NIC/VGA/SND +HEATSINK | PCMOB0505 | 1 |
| 0416A11573 | | | |
| | 19slot 2I/1S/16p | PCPBD0047 | 1 |
| 4769 | | | |
| | Rails, 24" (I-Series and V-4000 | PCRAC2000 | 1 |
| | Rail Extension. 7", I-Series an | PCRAC2005 | 1 |
| | RAID Controller ATA Adaptec 2400 | PCRAI0380 | 1 |
| | ATA/133 HS Carrier Black | PCRAI0557 | 3 |
| | Windows 2000 Pro OEM | PCSFT0125 | 1 |
| 000019119922302 | | | |
| | SR 5.1.1 WIN CD ONLY | | |
| | Lab, Telephony | | |

The above mentioned EXCEL Switches are from the year 2001 and have no value for resale

Posted in EBAY and Telecom resellers in years 2004, 5, 6. Not available for 2 years.

This information is public and available on over 10 ecommerce sites.

This is considered to be a desktop Assessment of Fair Market Value for quick notice,