

```
FILED
1/23/2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                         DEPUTY
```

**Schneider Rucinski Enterprises**                              08cv138-WQH-POR

-v-

**Touch Asia Outsourcing Solutions, Inc., et al**

# STRICKEN DOCUMENT
# (Per 2/7/08 Order, Doc. # 4)

## Doc. # 2 - MOTION for Writ of Possession