SCHNEIDER RUCINSKI ENTERPRISES
VS
TOUCH ASIA OUTSOURCING SOLUTIONS, INC., dba TOUCH ASIA CALL CENTER, INC.; RUDY NGAW; STRATASOFT, INC. PACIFIC CALL CENTERES; LANE MCCARTY individually and as an employee and/or agent of STRATASOFT, INC.; JASON PACE individually and as an employee and/or agent of STRATASOFT, INC.; MIKE BRIDGES individually and as an employee and/or agent of STRATASOFT, INC.; MICHIEL BRIDGES, JR., individually and as an employee and/or agent of STRATASOFT, INC.; INX, INC., a Texas Corporation formerly known as ISECTOR CORPORATION; COLO 6 LLC, California Corporation, DBA U.S.COLO and HAJI NAVROZ , an individual, and DOES ~~1 through 20, inclusive,~~

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

FILED

08 JAN 24 PM 3:33

SUMMONS IN A CIVIL ACTION

Case No. '08 CV 0138 WQH POR

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Schneider Rucinski Enterprises
3344 North Mountain View Dr
San Diego CA 92116

An answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK

JAN 2 4 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)