# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## NOTICE OF DOCUMENT DISCREPANCIES

*This space for Clerk's Office File Stamp*

FILED 2008 FEB 12 PM 12:08
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

TO: ☐ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE Hayes    RECEIVED DATE: 2/11/2008
FROM: C Puttmann, Deputy Clerk
CASE NO.: 08cv138 WQJ JPR    DOCUMENT FILED BY: Plaintiff
CASE TITLE: Schneider Rucinski Enterprises v. Touch Asia Outsourcing Solutions, Inc. Et al
DOCUMENT ENTITLED: Notice of Plaintiff's Application for Writ of Possession

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☑ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ |  | Supplemental documents require court order |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☑ | OTHER: | need to put date of motion hearing date under Caption of the case. See Local Rules. |

Date forwarded: 2/11/2008

## ORDER OF THE JUDGE / MAGISTRATE JUDGE

**IT IS HEREBY ORDERED:**

☐ The document is to be filed nunc pro tunc to date received.

☑ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☑ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: WQH

Dated: 2/12/08    By: RB Firpo
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]

**REJECTED**

1  Noreen Rucinski
   Dir. Strategic Business Development
   Schneider Rucinski Enterprises
2  3344 N Mt. View Dr
   San Diego CA 92116
3  619-282-7977

4  Plaintiff in Pro Per

5

6

7              UNITED STATES DISTRICT COURT FOR

8              THE SOUTHERN DISTRICT OF CALIFORNIA

"VIA FAX"

9

10 SCHNEIDER RUCINSKI ENTERPRISES,  )   Case No.: 08 CV 0138 WQH POR

11         Plaintiff,                )
                                     )   NOTICE OF AND PLAINTIFF'S
12 vs.                               )   APPLICATION FOR WRIT OF
                                     )   POSSESSION, MEMORANDUM OF
13 TOUCH ASIA OUTSOURCING            )   POINTS AND AUTHORITIES,
   SOLUTIONS, INC., dba TOUCH ASIA   )   DECLARATION OF NOREEN RUCINSKI
14 CALL CENTER, INC.; RUDY NGAW;     )
   dba/aka/ PACIFIC CALL CENTERES;   )
15 STRATASOFT INC LANE               )   CCP § 512.010
   MCCARTY individually and as an    )
16 employee and/or agent of STRATASOFT )  FRCP 64
   INC.; JASON PACE individually and as an )
17 employee and/or agent of STRATASOFT, )
   INC.; MIKE BRIDGES individually and as )
18 an employee and/or agent of        )
   STRATASOFT, INC.; MICHIEL          )
19 BRIDGES, JR., individually and as an )
   employee and/or agent of STRATASOFT, )
20 INC.; INX, INC., a Texas Corporation )
   formerly known as I-SECTOR         )
21 CORPORATION; COLO 6 LLC, a         )
   California Corporation, and NAVROZ )
22 HAJI, an individual, and DOES 1 through )
   20, inclusive,                     )
23                                    )
           Defendants.
24

*[handwritten: need date + time of motion. consult local rules]*

25     TO ALL INTERESTED PARTIES AND TO THEIR ATTORNEYS OF RECORD

26 HEREIN:

27 NOTICE IS HEREBY GIVEN that on 3/24/08, at 11:00 a.m., or as soon thereafter as the

28 matter may be heard, in Courtroom 4 of the above captioned court, located at 940 Front

                                                                                          1