Sent via: Certified Mail
Clerk of the Court
United States District Court
Southern District of California
880 Front Street
San Diego, CA 92101

FILED
08 FEB 21 PM 1:51
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY:  DEPUTY

UNITED STATES DISTRICT COURT FOR THE

SOUTHERN DISTRICT OF CALIFORNIA

SCHNEIDER RUCINSKI ENTERPRISES, a California corporation,

    Plaintiff,

v.

TOUCH ASIA OUTSOURCING SOLUTIONS, INC., dba TOUCH ASIA CALL CENTER, INC.; RUDY NGAW; STRATASOFT, INC. PACIFIC CALL CENTERES; LANE MCCARTY, individually, and as an employee and/or agent of STRATASOFT, INC.; JASON PACE, individually and as an employee and/or agent of STRATASOFT, INC.; MIKE BRIDGES, individually and as an employee and/or agent of STRATASOFT, INC.; MICHAEL BRIDGES, JR., individually and as an employee and/or agent of STRATASOFT, INC., a Texas Corporation, formerly known as 1-SECTOR CORPORATION; COLO 6 LLC, a California Limited Liability Company, dba U.S. COLO and NAVROZ HAJI, an individual, and DOES 1 through 20, inclusive,

    Defendants.

Case No. 08 CV 0138 Wqh POR

**ANSWER TO VERIFIED COMPLAINT FOR GENERAL, SPECIAL, COMPENSATORY, AND EXEMPLARY AND PUNITIVE DAMAGES**

Answer to Verified Complaint - 1

Defendants, COLO 6 LLC, a California Limited Liability Company, and NAVROZ HAJI, by and through their assigned representative, admit, deny, and allege as follows in response to Plaintiff's Verified Complaint:

### ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

1. Answering Paragraphs 1, 2, 3, 4, 5, 6, 7, 8, and 9 of Plaintiff's Complaint, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

2. Answering Paragraph 10, Defendants admit that Navroz Haji is a resident of the State of California, County of Los Angeles, but denies that Mr. Haji is doing business in the County of San Diego, California during the relevant periods set forth in the Verified Complaint.

3. Answering Paragraph 11, Defendants admit that COLO 6 LLC, DBA U.S COLO (herein "COLO 6" or "U.S. COLO" is a duly organized and existing California Limited Liability Company, but denies doing business herein in the County of San Diego, California during the relevant periods set forth in the Verified Complaint.

4. Answering Paragraph 12, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

5. Answering Paragraph 13, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

6. Answering Paragraph 14, Defendant is not required to respond.

7. Answering Paragraph 15, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

### FIRST CAUSE OF ACTION

8. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 7, inclusive, and re-allege the same as if fully set forth herein.

9. Answering Paragraphs 17, 18, 19, 20, 21, 22, 23, 24, and 25 Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein, and therefore deny each and every allegation contained therein.

### SECOND CAUSE OF ACTION

10. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 17, inclusive, and re-allege the same as if fully set forth herein.

11. Answering Paragraphs 26, 27, and 28 Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

### THIRD CAUSE OF ACTION

12. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 19, inclusive, and re-allege the same as if fully set forth herein.

13.. Answering Paragraphs 30, 31, 32, 33, 34, 35, and 36, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein, and therefore denies each and every allegation contained therein.

### FOURTH CAUSE OF ACTION

14. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 21, inclusive, and re-allege the same as if fully set forth herein.

15. Answering Paragraphs 38, 39, 40, and 41, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## FIFTH CAUSE OF ACTION

16. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 23, inclusive, and re-allege the same as if fully set forth herein.

17. Answering Paragraphs 43 and 44, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## SIXTH CAUSE OF ACTION

18. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 25, inclusive, and re-allege the same as if fully set forth herein.

19. Answering Paragraphs 46 and 47, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## SEVENTH CAUSE OF ACTION

20. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 27, inclusive, and re-allege the same as if fully set forth herein.

21. Answering Paragraphs 49, 50, 51, 52, 53, 54, 55, and 56, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## EIGHTH CAUSE OF ACTION

22. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 29, inclusive, and re-allege the same as if fully set forth herein.

23. Answering Paragraphs 58, 59, and 60, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## NINTH CAUSE OF ACTION

24. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 31, inclusive, and re-allege the same as if fully set forth herein.

25. Answering Paragraphs 62 and 63, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## TENTH CAUSE OF ACTION

26. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 33, inclusive, and re-allege the same as if fully set forth herein.

27. Answering Paragraphs 65, 66, AND 67, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## ELEVENTH CAUSE OF ACTION

28. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 35, inclusive, and re-allege the same as if fully set forth herein.

29. Answering Paragraphs 69, 70, 71, 72, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## TWELFTH CAUSE OF ACTION

30. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 37, inclusive, and re-allege the same as if fully set forth herein.

31. Answering Paragraphs 74, 75, and 76, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## THIRTEENTH CAUSE OF ACTION

32. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 39, inclusive, and re-allege the same as if fully set forth herein.

33. Answering Paragraphs 78, 79, and 80, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## FOURTEENTH CAUSE OF ACTION

34. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 41, inclusive, and re-allege the same as if fully set forth herein.

35. Answering Paragraphs 82, 83, and 84, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## FIFTEENTH CAUSE OF ACTION

36. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 43, inclusive, and re-allege the same as if fully set forth herein.

37. Answering Paragraphs 86, 87, and 88, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## SIXTEENTH CAUSE OF ACTION

38. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 45, inclusive, and re-allege the same as if fully set forth herein.

39. Answering Paragraphs 89, 90, 91, and 92, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## SEVENTEENTH CAUSE OF ACTION

40. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 47, inclusive, and re-allege the same as if fully set forth herein.

41. Answering Paragraphs 94, 95, 96, 97, and 98, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## EIGHTEENTH CAUSE OF ACTION

42. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 49, inclusive, and re-allege the same as if fully set forth herein.

43. Answering Paragraphs 100, 101, and 102, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## NINETEENTH CAUSE OF ACTION

44. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 51, inclusive, and re-allege the same as if fully set forth herein.

45. Answering Paragraphs 103, 104, 105, and 106, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## TWENTIETH CAUSE OF ACTION

46. Defendants hereby incorporate by reference each and every response contained in paragraphs 1 – 53, inclusive, and re-allege the same as if fully set forth herein.

47. Answering 108, 109, and 110, Defendants are without knowledge or information to form a belief as to the truth or falsity of the statements therein and therefore denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES

1. Defendants COLO 6 and NAVROZ HAJI are not parties to, nor interested in, any of the financial affairs between Plaintiff and other Defendants.

2. None of the allegations contained in the Verified Complaint aver to either of these named Defendants.

WHEREFORE, Defendants COLO 6 and NAVROZ HAJI pray as follows:

1. That the Complaint be dismissed against the above-named Defendants;

2. That Defendants above-named be awarded reasonable fees and costs by virtue of having to respond to a Verified Complaint in which no allegations were made against them;

3. For such other and further relief as the Court deems just and proper in the premises.

DATED this 19th day of February, 2008.

_____
*Defendant COLO 6, by its Authorized Representative* — RICK FISCH
                                                    ERIC

_____
*Defendant NAVROZ HAJI*

## ACKNOWLEDGEMENT

State of California
County of Los Angeles

see attached certificates
S.R. O'Dell

On 2/19/08 before me, Sandra R. O'Dell a notary public, personally appeared Eric (Rick) Fisch (COLO 6), who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT** No. 5907

State of __California__

County of __Los Angeles__

On __February 19, 2008__ before me, __Sandra R. O'Dell, Notary Public__,
      DATE                              NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared __Eric (Rick) Fisch__,
                             NAME(S) OF SIGNER(S)

☒ personally known to me - ~~OR~~ - ☐ ~~proved to me on the basis of satisfactory evidence~~ to be the person(s) whose name(s) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

[Seal: SANDRA R. O'DELL, Commission # 1483671, Notary Public - California, Los Angeles County, My Comm. Expires May 13, 2008]

WITNESS my hand and official seal.

__Sandra R. O'Dell__
SIGNATURE OF NOTARY

────── **OPTIONAL** ──────

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☐ INDIVIDUAL
☐ CORPORATE OFFICER

_____
TITLE(S)

☐ PARTNER(S)   ☐ LIMITED
                     ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☒ OTHER: __Co-managing Member__

**SIGNER IS REPRESENTING:**
NAME OF PERSON(S) OR ENTITY(IES)
__Colo 6, LLC__

**DESCRIPTION OF ATTACHED DOCUMENT**

__Answer to Complaint__
TITLE OR TYPE OF DOCUMENT

__8__
NUMBER OF PAGES

__February 19, 2008__
DATE OF DOCUMENT

__Navroz Haji__
SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  No. 5907

State of _California_

County of _Los Angeles_

On _February 19, 2008_ before me, _Sandra R. O'Dell, Notary Public_,
    DATE                                   NAME, TITLE OF OFFICER - E.G., "JANE DOE, NOTARY PUBLIC"

personally appeared _Navroz Haji_,
                    NAME(S) OF SIGNER(S)

☐ ~~personally known to me~~ - OR - ☑ proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/~~are~~ subscribed to the within instrument and acknowledged to me that he/~~she/they~~ executed the same in his/~~her/their~~ authorized capacity(~~ies~~), and that by his/~~her/their~~ signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_Sandra R. O'Dell_
SIGNATURE OF NOTARY

[Seal: SANDRA R. O'DELL, Commission # 1483671, Notary Public - California, Los Angeles County, My Comm. Expires May 13, 2008]

──────── OPTIONAL ────────

Though the data below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent reattachment of this form.

**CAPACITY CLAIMED BY SIGNER**

☑ INDIVIDUAL
☐ CORPORATE OFFICER
   _____
   TITLE(S)
☐ PARTNER(S)   ☐ LIMITED
               ☐ GENERAL
☐ ATTORNEY-IN-FACT
☐ TRUSTEE(S)
☐ GUARDIAN/CONSERVATOR
☐ OTHER: _____

SIGNER IS REPRESENTING:
NAME OF PERSON(S) OR ENTITY(IES)
_himself_

**DESCRIPTION OF ATTACHED DOCUMENT**

_Answer to Complaint_
TITLE OR TYPE OF DOCUMENT

_8_
NUMBER OF PAGES

_February 19, 2008_
DATE OF DOCUMENT

_Eric Fisch, Colo 6 LLC_
SIGNER(S) OTHER THAN NAMED ABOVE

©1993 NATIONAL NOTARY ASSOCIATION • 8236 Remmet Ave., P.O. Box 7184 • Canoga Park, CA 91309-7184