| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| Noreen Rucinski<br>3344 N. Mt. View Drive   San Diego, CA 92116 | | |
| TELEPHONE NO.: **(619) 282-7977** | FAX NO.: | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): | | |

United States District Court

STREET ADDRESS: 940 FRONT ST. ROOM 1160
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN

**FILED**
MAR - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

PLAINTIFF/PETITIONER: **Schneider**
DEFENDANT/RESPONDENT: **Touch Asia**

**NON SERVICE REPORT**

CASE NUMBER: 08 CV 0138 WQH POR

I received the within process on January 25, 2008 and that after due and diligent effort I have been unable to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **Touch Asia Outsourcing Solutions, Inc. dba Touch Asia Call Center, Inc.**

As enumerated below:

**01/28/2008 -- 04:42 pm**         7214-B Florrin Mall Drive
                                    Sacramento, CA 95823
   Capital City Loan Jewelry has been here since June 2006.

**01/30/2008 -- 08:45 pm**         4440 Oak Hollow Drive, #164
                                    Sacramento, CA 95842
   (Residence) Bad Address. Amber Willis has resided her for 2 years. Business and individual are unknown.

**02/20/2008 --**

   Service returned to client.

County: Sacramento
Registration No.: 92-007
E.S.Q. Services, Inc.
4015 Park Blvd., Suite 218
San Diego, CA 92103
(619) 296-0120

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 20, 2008** at **San Diego**, California.

Signature: _Gari Greenhalgh_
Gari Greenhalgh

**NON SERVICE REPORT**

Order#: A61991/NonServe