

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| Noreen Rucinski<br>3344 N. Mt. View Drive  San Diego, CA 92116<br>TELEPHONE NO.: (619) 282-7977    FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | | **FILED**<br>MAR - 7 2008<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

United States District Court
STREET ADDRESS: 940 FRONT ST. ROOM 1160
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN

PLAINTIFF/PETITIONER: Schneider

DEFENDANT/RESPONDENT: Touch Asia

**NON SERVICE REPORT**

CASE NUMBER: 08 CV 0138 WQH POR

I received the within process on January 25, 2008 and that after due and diligent effort I have been unable to serve said person. The following itemization of the dates and times of attempts details the efforts required to effect service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

  Servee:  **Rudy Ngaw**

As enumerated below:

**01/28/2008 --**          7214-B Florrin Mall Drive
                           Sacramento, CA 95823
  Capital City Loan Jewelry has been here since June 2006.

**01/30/2008 -- 08:45 pm**  4440 Oak Hollow Drive, #164
                           Sacramento, CA 95842
  (Residence) Bad Address. Amber Willis has resided her for 2 years. Business and individual are unknown.

**02/20/2008 --**

  Service returned to client.

County: Sacramento
Registration No.: 92-007
E.S.Q. Services, Inc.
4015 Park Blvd., Suite 218
San Diego, CA 92103
(619) 296-0120

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 20, 2008** at **San Diego**, California.

Signature: _____
           Gari Greenhalgh

**NON SERVICE REPORT**

Order#: A61991A/NonServe