FROM : It Shall Be Done*Civil Process   FAX NO. :18883444601   Mar. 05 2008 08:41PM

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Southern District of California

**FILED**
MAR - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case Number: 08 CV 0138 WQH POR

Plaintiff:
**Schneider Rucinski Enterprises**

vs.

Defendant:
**Touch Asia Outsourcing Solutions, Inc. et al.**

For:
Rucinski Noreen
Schneider Rucinski Enterprises
3344 N. Mt. View Dr.
San Diego, CA 92116

Received by IT SHALL BE DONE CIVIL PROCESS on the 30th day of January, 2008 at 11:37 am to be serve **Stratasoft, Inc., 6401 Southwest Freeway, Houston, TX 77074.**

I, Larry White, do hereby affirm that on the 3rd day of March, 2008 at 1:50 pm, I:

**SUBSTITUTE** served by delivering a true copy of the Summons in a Civil Action; Civil Cover Sheet; Declaration of Noreen Rucinski; Notice of and Plaintiff's Application for Writ of Possession, Memoran of Points and Authorities; Verified Complaint with the date and hour of service endorsed thereon by me, **Margie Esposito as Office Manager**, a person employed therein and authorized to accept service for Stra Inc. at the address of: **519 N. Sam Houston Parkway E., #550, Houston, TX 77060**, the within named per usual place of Work, in compliance with State Statutes.

**Additional Information pertaining to this Service:**
2/5/2008 2:40 pm  I Larry White left a copy of the summons and complaint at the front desk at Stratasoft Inc. Gentelmen of India decent (no name given) From Stratasoft, Inc
3/3/2008 1:50 pm  I Larry White returned to Stratasoft,inc. and to obtain a signature and left another a copy summons and complaint with the recipient named Margie Esposito the office manager.

I certify that I am of sound mind and capable of making this Affidavit. I am an adult over the age of 18, have r interest in the above action nor a party to. I have never been convicted of any felony or of any crime of moral turpitude and I am State Certified and Authorized to serve process under rule 103 and 536(a), to serve citatio other notices of the court.

Larry White
Process Server #SCH000001312

IT SHALL BE DONE CIVIL PROCESS
P.O. Box 10096
Houston, TX 77206-0096
(281) 586-9621

Our Job Serial Number: 2008000053