Noreen Rucinski
3344 N. Mt. View Drive San Diego, CA 92116

TELEPHONE NO.: (619) 282-7977 FAX NO. (Optional):
E-MAIL ADDRESS (Optional):

FOR COURT USE ONLY

FILED
MAR - 7 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
STREET ADDRESS: 940 FRONT ST. ROOM 1160
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN

PLAINTIFF(name each): Schneider
DEFENDANT(name each): Touch Asia

CASE NUMBER: 08 CV 0138 WQH POR

| PROOF OF SERVICE | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: Schneider v. Touch |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**Summons in a Civil Action; Civil Cover Sheet; Declaration of Noreen Rucinski; Notice of and Plaintiff's Application for Writ of Possession, Memorandum of Points and Authorities; Verified Complaint**

PARTY SERVED: **Inx, Inc., a Texas Corporation formerly known as ISector corporation**

PERSON SERVED: **Margaret Wilson - Agent for Service**

DATE & TIME OF DELIVERY: **January 25, 2008**
**12:15 pm**

ADDRESS, CITY, AND STATE: **818 West Seventh Street**
**Los Angeles, CA 90017**
**(BUSINESS)**

MANNER OF SERVICE:
**Personal Service - By Personally delivering copies.**

Fee for Service: 125.00
County: Los Angeles
Registration No.: 4047
E.S.Q. Services, Inc.
2121 Fifth Avenue, Suite 203
San Diego, CA 92101
(619) 296-0120

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 20, 2008.

Signature: ______________
Richard R. Gari

**PROOF OF SERVICE**