| | |
|---|---|
| Noreen Rucinski<br>3344 N. Mt. View Drive   San Diego, CA 92116<br>TELEPHONE NO.: **(619) 282-7977**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: | FOR COURT USE ONLY |

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: 940 FRONT ST. ROOM 1160
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN

FILED MAR - 7 2008 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY _____ DEPUTY

PLAINTIFF *(name each)*: **Schneider**
DEFENDANT *(name each)*: **Touch Asia**

CASE NUMBER: **08 CV 0138 WQH POR**

**PROOF OF SERVICE** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: **Schneider v. Touch**

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons in a Civil Action; Civil Cover Sheet; Declaration of Noreen Rucinski; Notice of and Plaintiff's Application for Writ of Possession, Memorandum of Points and Authorities; Verified Complaint

PARTY SERVED: Colo 6 LLC, California Corporation, dba U.S. Colo

PERSON SERVED: Rick Fisher - Authorized to Accept

DATE & TIME OF DELIVERY: February 1, 2008
10:22 am

ADDRESS, CITY, AND STATE: 600 Wilshire Blvd., #1620
Los Angeles, CA 90017
(BUSINESS)

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

Fee for Service: 215.00
County: Los Angeles
Registration No.: 3131
E.S.Q. Services, Inc.
2121 Fifth Avenue, Suite 203
SAn Diego, CA 92101
(619) 296-0120

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 20, 2008.**

Signature: _____
J. Crawford

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]                                                   Order#: A61994/GProof3

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar Number, and address)<br>Noreen Rucinski<br>3344 N. Mt. View Drive   San Diego, CA 92116<br>TELEPHONE NO.: (619) 282-7977   FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | FOR COURT USE ONLY |

United States District Court
STREET ADDRESS: 940 FRONT ST. ROOM 1160
MAILING ADDRESS:
CITY AND ZIP CODE: SAN DIEGO, CA 92101-8900
BRANCH NAME: SOUTHERN

PLAINTIFF/PETITIONER: Schneider

DEFENDANT/RESPONDENT: Touch Asia

**DECLARATION OF DILIGENCE**

CASE NUMBER: 08 CV 0138 WQH POR

I received the within process on January 25, 2008 and that after due and diligent effort I have been unable to personally serve said defendant. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   Colo 6 LLC, California Corporation, dba U.S. Colo

Documents:   Summons in a Civil Action; Civil Cover Sheet; Declaration of Noreen Rucinski; Notice of and Plaintiff's Application for Writ of Possession, Memorandum of Points and Authorities; Verified Complaint

Address:   600 Wilshire Blvd., #1620
Los Angeles, CA 90017

As enumerated below:

**01/28/2008 -- 01:30 pm**

Business Closed. Doors locked, no response to knocking. (624 South Grand Avenue, #1810, Los Angeles, CA 90017.

**01/29/2008 -- 10:15 am**

Business Closed.

**01/29/2008 -- 02:47 pm**

Called number of 213-689-4600 and received new address of 600 Wilshire Blvd., #1620, Los Angeles, CA 90017.

**01/30/2008 -- 11:11 am**

Business Closed.

**01/31/2008 -- 02:00 pm**

Business Closed.

Continued on Next Page

County: Los Angeles
Registration No.: 3131
E.S.Q. Services, Inc.
2121 Fifth Avenue, Suite 203
San Diego, CA 92101
(619) 296-0120

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 20, 2008 at San Diego, California.

Signature: _____
J. Crawford

**DECLARATION OF DILIGENCE**

Order#: A61994/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | FOR COURT USE ONLY |
|---|---|
| Noreen Rucinski<br>3344 N. Mt. View Drive   San Diego, CA 92116<br>TELEPHONE NO.: **(619) 282-7977**   FAX NO.:<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): | |

United States District Court

STREET ADDRESS: **940 FRONT ST. ROOM 1160**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN DIEGO, CA 92101-8900**
BRANCH NAME: **SOUTHERN**

PLAINTIFF/PETITIONER: **Schneider**

DEFENDANT/RESPONDENT: **Touch Asia**

| DECLARATION OF DILIGENCE | CASE NUMBER:<br>08 CV 0138 WQH POR |
|---|---|

I received the within process on January 25, 2008 and that after due and diligent effort I have been unable to personally serve said defendant. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:   Colo 6 LLC, California Corporation, dba U.S. Colo

Documents:   Summons in a Civil Action; Civil Cover Sheet; Declaration of Noreen Rucinski; Notice of and Plaintiff's Application for Writ of Possession, Memorandum of Points and Authorities; Verified Complaint
Address:  600 Wilshire Blvd., #1620
Los Angeles, CA 90017

As enumerated below:

**Continued from Previous Page**

02/01/2008 -- 10:22 am

Served

County: Los Angeles
Registration No.: 3131
E.S.Q. Services, Inc.
2121 Fifth Avenue, Suite 203
San Diego, CA 92101
(619) 296-0120

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 20, 2008** at **San Diego**, California.

Signature: _____
J. Crawford

**DECLARATION OF DILIGENCE**

Order#: A61994/DilFormat.mdl