

Noreen Rucinski
3344 N. Mt. View Drive   San Diego, CA 92116

TELEPHONE NO.: **(619) 282-7977**           FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:

**FOR COURT USE ONLY**

**FILED**

MAR - 7 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

**UNITED STATES DISTRICT COURT**
STREET ADDRESS: **940 FRONT ST. ROOM 1160**
MAILING ADDRESS:
CITY AND ZIP CODE: **SAN DIEGO, CA 92101-8900**
BRANCH NAME: **SOUTHERN**

PLAINTIFF *(name each)*: **Schneider**

DEFENDANT *(name each)*: **Touch Asia**

CASE NUMBER:
**08 CV 0138 WQH POR**

| **PROOF OF SERVICE** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.: |
|---|---|---|---|---|---|
| | | | | | **Schneider v. Touch** |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

Summons in a Civil Action; Civil Cover Sheet; Declaration of Noreen Rucinski; Notice of and Plaintiff's Application for Writ of Possession, Memorandum of Points and Authorities; Verified Complaint

PARTY SERVED:   Haji Navroz, an individual

PERSON SERVED:   Rick Fisher - Person Authorized to Accept Service

DATE & TIME OF DELIVERY:   February 1, 2008
10:22 am

ADDRESS, CITY, AND STATE:   624 South Grand Avenue, #1810
Los Angeles, CA 90017
(BUSINESS)

MANNER OF SERVICE:
Personal Service - By Personally delivering copies.

Fee for Service: **90.00**
County: **Los Angeles**
Registration No.: **3131**
**E.S.Q. Services, Inc.**
**2121 Fifth Avenue, Suite 203**
**SAn Diego, CA 92101**
**(619) 296-0120**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 20, 2008.**

Signature: _____
J. Crawford

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]

Order#: **A61994A/GProof3**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State    number, and address)* | FOR COURT USE ONLY |
|---|---|
| **Noreen Rucinski**<br>**3344 N. Mt. View Drive  San Diego, CA 92116**<br><br>TELEPHONE NO.: **(619) 282-7977**          FAX NO.:<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* | |

United States District Court

STREET ADDRESS: **940 FRONT ST. ROOM 1160**

MAILING ADDRESS:

CITY AND ZIP CODE: **SAN DIEGO, CA 92101-8900**

BRANCH NAME: **SOUTHERN**

PLAINTIFF/PETITIONER: **Schneider**

DEFENDANT/RESPONDENT: **Touch Asia**

| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**08 CV 0138 WQH POR** |
|---|---|

I received the within process on January 25, 2008 and that after due and diligent effort I have been unable to personally serve said defendant. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee:    **Haji Navroz, an individual**

Documents:    **Summons in a Civil Action; Civil Cover Sheet; Declaration of Noreen Rucinski; Notice of and Plaintiff's Application for Writ of Possession, Memorandum of Points and Authorities; Verified Complaint**

Address:    **624 South Grand Avenue, #1810**
**Los Angeles, CA 90017**

As enumerated below:

**01/28/2008 -- 01:30 pm**

Business Closed. Doors locked, no response to knocking. (624 South Grand Avenue, #1810, Los Angeles, CA 90017.

**01/29/2008 -- 10:15 am**

Business Closed.

**01/29/2008 -- 02:47 pm**

Called number of 213-689-4600 and received new address of 600 Wilshire Blvd., #1620, Los Angeles, CA 90017.

**01/30/2008 -- 11:11 am**

Business Closed.

**01/31/2008 -- 02:00 pm**

Business Closed.

### Continued on Next Page

County: **Los Angeles**
Registration No.: **3131**
**E.S.Q. Services, Inc.**
**2121 Fifth Avenue, Suite 203**
**San Diego, CA 92101**
**(619) 296-0120**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 20, 2008** at **San Diego**, California.

Signature: _____
J. Crawford

### DECLARATION OF DILIGENCE

Order#: A61994A/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State number, and address)* | FOR COURT USE ONLY |
|---|---|
| **Noreen Rucinski**<br>**3344 N. Mt. View Drive   San Diego, CA 92116**<br><br>TELEPHONE NO.: **(619) 282-7977**          FAX NO.:<br>E-MAIL ADDRESS *(Optional)*:<br>ATTORNEY FOR *(Name)*: | |

United States District Court

STREET ADDRESS: **940 FRONT ST. ROOM 1160**

MAILING ADDRESS:

CITY AND ZIP CODE: **SAN DIEGO, CA 92101-8900**

BRANCH NAME: **SOUTHERN**

PLAINTIFF/PETITIONER: **Schneider**

DEFENDANT/RESPONDENT: **Touch Asia**

| **DECLARATION OF DILIGENCE** | CASE NUMBER:<br>**08 CV 0138 WQH POR** |
|---|---|

I received the within process on January 25, 2008 and that after due and diligent effort I have been unable to personally serve said defendant.  The following itemization of the dates and times of attempts details the efforts required to effect personal service.  Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

> Servee:  **Haji Navroz, an individual**
>
> Documents:  **Summons in a Civil Action; Civil Cover Sheet; Declaration of Noreen Rucinski; Notice of and Plaintiff's Application for Writ of Possession, Memorandum of Points and Authorities; Verified Complaint**
>
> Address:  **624 South Grand Avenue, #1810**
> **Los Angeles, CA 90017**

As enumerated below:

**Continued from Previous Page**

**02/01/2008 -- 10:22 am**

> Served

County: **Los Angeles**
Registration No.:  **3131**
**E.S.Q. Services, Inc.**
**2121 Fifth Avenue, Suite 203**
**San Diego, CA 92101**
**(619) 296-0120**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 20, 2008** at **San Diego**, California.

Signature: _____
                                          **J. Crawford**

**DECLARATION OF DILIGENCE**

Order#: A61994A/DilFormat.mdl