John E. McOsker (SBN 169191)
jmcosker@wallerlaw.com
Stephen K. Lubega (SBN 126849)
slubega@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS, LLP
333 S. Grand Avenue, Suite 1800
Los Angeles, California 90071
Telephone: (213) 362-3680
Facsimile: (213) 362-3679

Attorneys for Defendants Stratasoft, Inc. and INX, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER RUCINSKI ENTERPRISES, a California Company,<br><br>    Plaintiff,<br><br>    vs.<br><br>TOUCH ASIA OUTSOURCING SOLUTIONS, INC. dba TOUCH ASIA CALL CENTER, INC., a California Corporation; RUDY NGAW, an individual; STRATASOFT, INC.; INX, INC., a Texas Corporation formerly known as I-SECTOR CORPORATION; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 3:08-cv-00138-WQH-POR<br><br>Date:  April 21, 2008<br>Time:  11:00 a.m.<br><br>Judge:  Hon. William Q. Hayes<br><br>**DEFENDANT STRATASOFT, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)]**<br><br>[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]<br><br>Complaint Filed: January 23, 2008 |

**TO THE COURT, PLAINTIFF, AND ALL PARTIES AND THEIR RESPCTIVE COUNSEL:**

**PLEASE TAKE NOTICE THAT:** On April 21, 2008, at 11:00 a.m., or as soon thereafter as the Court can hear the matter, Defendant STRATASOFT, INC. ("STRATASOFT") will move the Court for an order dismissing this action pursuant to Fed. R. Civ. Pro 12(b)(1) on the ground that the Complaint on its face fails to allege facts sufficient to establish subject matter jurisdiction in that it fails to allege complete diversity between the Plaintiff and all Defendants.  Accordingly, the Court must dismiss the action on this ground.

1  This motion is based upon this Notice of Motion, the accompanying Memorandum of
2  Points & Authorities, the Court's file and records and such other evidence and argument as the
3  Court may permit at a hearing on this motion.

5  Dated:  March 14, 2008                             Respectfully submitted

6                                                                      WALLER LANSDEN DORTCH & DAVIS, LLP

8                                                                      By:  _____/s/_____
9                                                                             John E. McOsker
                                                                              Attorneys for Defendants
10                                                                          Stratasoft, Inc. and INX, Inc.