John E. McOsker (SBN 169191)
jmcosker@wallerlaw.com
Stephen K. Lubega (SBN 126849)
slubega@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS, LLP
333 S. Grand Avenue, Suite 1800
Los Angeles, California 90071
Telephone: (213) 362-3680
Facsimile: (213) 362-3679

Attorneys for Defendants Stratasoft, Inc. and INX, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER RUCINSKI ENTERPRISES, a California Company,<br><br>Plaintiff,<br><br>vs.<br><br>TOUCH ASIA OUTSOURCING SOLUTIONS, INC. dba TOUCH ASIA CALL CENTER, INC., a California Corporation; RUDY NGAW, an individual; STRATASOFT, INC.; INX, INC., a Texas Corporation formerly known as I-SECTOR CORPORATION; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 3:08-cv-00138-WQH-POR<br><br>Date:   March 24, 2008<br>Time:   11:00 a.m.<br><br>Judge:  Hon. William Q. Hayes<br><br>**NOTICE OF FILING PROOF OF SERVICE OF DEFENDANT INX, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]<br><br>Complaint Filed:   January 23, 2008 |

NOTICE OF FILING PROOF OF SERVICE OF DEFENDANT INX, INC.'S REPLY TO
PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF LOS ANGELES      )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 S. Grand Avenue, Suite 1800, Los Angeles, California 90071.

      On March 18, 2008, I served on the interested parties in said action the within:

      DEFENDANT INX, INC.'S REPLY TO PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS

      by placing a true copy thereof in a sealed envelope(s) addressed as stated below. and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

      Noreen Rucinski
      noreenr@cox.net
      Dir. Strategic Business Development
      Schneider Rucinski Enterprises
      3344 N Mt. View Dr
      San Diego CA 92116
      Tel 619-282-7977
      Fax 606-775-1405
      Plaintiff in Pro Per
      Appearing pro se

[X] (OVERNIGHT DELIVERY) by depositing in a box or other facility regularly maintained by UPS, an express service carrier, or delivering to a courier or driver authorized by said express service carrier to receive documents, a true copy of the foregoing document in sealed envelopes or packages designated by the express service carrier, addressed as stated above, with fees for overnight delivery paid or provided for and causing such envelope(s) to be delivered by said express service carrier.

[X] (FACSIMILE) I caused the foregoing document to be served by facsimile transmission to each interested party at the facsimile machine telephone number shown as stated above.

[X] (E-MAIL/ELECTRONIC TRANSMISSION) I caused the documents to be sent to the person(s) at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

      Executed on March 18, 2008, at Los Angeles, California.

      Rosie A. Ortiz
      (Type or print name)                              (Signature)