John E. McOsker (SBN 169191)
jmcosker@wallerlaw.com
Stephen K. Lubega (SBN 126849)
slubega@wallerlaw.com
WALLER LANSDEN DORTCH & DAVIS, LLP
333 S. Grand Avenue, Suite 1800
Los Angeles, California 90071
Telephone: (213) 362-3680
Facsimile: (213) 362-3679

Attorneys for Defendants Stratasoft, Inc. and INX, Inc.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER RUCINSKI ENTERPRISES, a California Company,<br><br>    Plaintiff,<br><br>  vs.<br><br>TOUCH ASIA OUTSOURCING SOLUTIONS, INC. dba TOUCH ASIA CALL CENTER, INC., a California Corporation; RUDY NGAW, an individual; STRATASOFT, INC.; INX, INC., a Texas Corporation formerly known as I-SECTOR CORPORATION; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 3:08-cv-00138-WQH-POR<br><br>Date: April 21, 2008<br>Time: 11:00 a.m.<br><br>Judge: Hon. William Q. Hayes<br><br>**NOTICE OF FILING PROOF OF SERVICE OF NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)] AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**<br><br>[NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT]<br><br>Complaint Filed: January 23, 2008 |

Waller Lansden Dortch & Davis, LLP

NOTICE OF FILING PROOF OF SERVICE OF NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)] AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT

## PROOF OF SERVICE

STATE OF CALIFORNIA        )
                           ) ss.:
COUNTY OF LOS ANGELES      )

      I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 S. Grand Avenue, Suite 1800, Los Angeles, California 90071.

      On March 18, 2008, I served on the interested parties in said action the within:

DEFENDANT STRATASOFT, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)];

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT STRATASOFT, INC.'S MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

      by placing a true copy thereof in a sealed envelope(s) addressed as stated below. and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

Noreen Rucinski
Dir. Strategic Business Development
Schneider Rucinski Enterprises
3344 N Mt. View Dr
San Diego CA 92116
Tel (619) 282-7977
Plaintiff in Pro Per
Appearing pro se

[X]  (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

      I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

      Executed on March 18, 2008, at Los Angeles, California.

    Rosie A. Ortiz
   (Type or print name)              (Signature)

Waller Lansden Dortch & Davis, LLP

7075902.1

PROOF OF SERVICE OF NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION [FRCP 12(b)(1)] AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT