**Noreen Rucinski**
Dir. Strategic Business Development
Schneider Rucinski Enterprises
3344 N Mt. View Dr
San Diego CA 92116
619-282-7977
noreenr@cox.net
Plaintiff in Pro Per
Appearing *pro se*

NUNC PRO TUNC

MAR 28 2008

FILED
APR - 3 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SCHNEIDER RUCINSKI ENTERPRISES,

   Plaintiff,

vs.

TOUCH ASIA OUTSOURCING SOLUTIONS, INC., dba TOUCH ASIA CALL CENTER, INC.; RUDY NGAW; STRATASOFT, INC. PACIFIC CALL CENTERES; LANE MCCARTY individually and as an employee and/or agent of STRATASOFT, INC.; JASON PACE individually and as an employee and/or agent of STRATASOFT, INC.; MIKE BRIDGES individually and as an employee and/or agent of STRATASOFT, INC.; MICHIEL BRIDGES, JR., individually and as an employee and/or agent of STRATASOFT, INC.; INX, INC., a Texas Corporation formerly known as I-SECTOR CORPORATION; COLO 6 LLC, a California Corporation, and NAVROZ HAJI, an individual, and DOES 1 through 20, inclusive,

   Defendants.

Case No.: 08 CV 0138 WQH POR

Date:
Time: 11:00 AM

Judge: Hon. William Q Hayes

**PLAINTIFF'S REQUEST TO CLERK MOTION TO STRIKE DEFENDANTS REPLY (ANSWER) AND ENTER INTO DEFAULT**

## PLAINTIFF'S REQUEST TO CLERK
## FOR MOTION TO STRIKE DEFANDANTS REPLY (ANSWER)
## AND ENTRY OF DEFAULT

The Plaintiff Schneider Rucinski Enterprises ("Plaintiff") pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, hereby requests the Clerk of this Court to enter a default against the Defendants, USCOLO LLC/DBA UCCOLO6.,

1

on the grounds that the Defendants have failed to answer or otherwise respond to the Plaintiff's Complaint on file herein.

1. Plaintiff filed their original Petition with this court on January 26 2008. Plaintiff served Defendants by certified process server on or about February 1, 2008, attached hereto as Exhibit "A" is plaintiff's certificate of service and acceptance of documents by manager Rick Fisch.

2. Defendant's Manager, Rick Fisher acknowledges receipt of service for USCOLO LLC/DBA UCOLO6 LLC (exhibit B) and has submitted an answer to the courts February 21 2008. however, defendants' reply is defective (exhibit C) because it has not conformed in accordance within the rules of this court, in compliance with the Federal Rules of Civil Procedures, rules and guidelines of the State of California, and not in accordance with the State Department of Corporations. Taking in to consideration all of the above the defendants are a Corporation, and therefore must comply with the rules of representation of counsel in matters before this court. Defendants reply is signed by a manager, not licensed counsel. Therefore, the plaintiff requests that defendants reply be struck from the record.

3. Pray for relief, to be determined for loss of equipment usage and property held in facilites.

Wherefore, premises considered, the Plaintiff hereby requests the Clerk of this Court to STRIKE DEFANDANTS ANSWER and for Entry of Default against the Defendant's USCOLO LLC/DBA UCLOLO6. a Nevada Corporation.

Respectfully submitted,

*Noreen Rucinski*

Noreen Rucinski

On behalf of Schneider Rucinski Enterprises

### CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the foregoing document :

MOTION FOR DEFAULT JUDGEMENT

A copy was served as follows:

[X] **BY E-MAIL**:  I sent a true copy via e-mail to all known parties of record who have provided e-mail addresses.

[X] **BY MAIL**: I sent a true copy via first-class mail to all known parties of record.

Executed in San Diego Ca , on the **28th** day of March .

Dated:  March 28, 2008

SCHNEIDER RUCINSKI ENTERPRISES

By: *Fred Rucinski*
Fred Rucinski,
An Individual

| | |
|---|---|
| Noreen Rucinski<br>3344 N. Mt. View Drive   San Diego, CA 92116<br><br>TELEPHONE NO.: **(619) 282-7977**   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*:<br><br>**UNITED STATES DISTRICT COURT**<br>  STREET ADDRESS: **940 FRONT ST. ROOM 1160**<br>  MAILING ADDRESS:<br>  CITY AND ZIP CODE: **SAN DIEGO, CA 92101-8900**<br>  BRANCH NAME: **SOUTHERN** | FOR COURT USE ONLY |

| | |
|---|---|
| PLAINTIFF *(name each)*: **Schneider**<br>DEFENDANT *(name each)*: **Touch Asia** | CASE NUMBER:<br>**08 CV 0138 WQH POR** |

| **PROOF OF SERVICE** | HEARING DATE: | DAY: | TIME: | DEPT.: | Ref No. or File No.:<br>**Schneider v. Touch** |
|---|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**Summons in a Civil Action; Civil Cover Sheet; Declaration of Noreen Rucinski; Notice of and Plaintiff's Application for Writ of Possession, Memorandum of Points and Authorities; Verified Complaint**

| | |
|---|---|
| PARTY SERVED: | Colo 6 LLC, California Corporation, dba U.S. Colo |
| PERSON SERVED: | Rick Fisher - Authorized to Accept |
| DATE & TIME OF DELIVERY: | February 1, 2008<br>10:22 am |
| ADDRESS, CITY, AND STATE: | 600 Wilshire Blvd., #1620<br>Los Angeles, CA 90017<br>(BUSINESS) |

MANNER OF SERVICE:
  Personal Service - By Personally delivering copies.

Fee for Service: 215.00
  County: Los Angeles
  Registration No.: 3131
  E.S.Q. Services, Inc.
  2121 Fifth Avenue, Suite 203
  SAn Diego, CA 92101
  (619) 296-0120

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 20, 2008.

Signature: _____
               J. Crawford

**PROOF OF SERVICE**

982(a)(23)[New July 1, 1987]   Order#: A61994/GPro

# U.S. COLO. LLC.

| Business Entity Information | | | |
|---|---|---|---|
| Status: | Active | File Date: | 5/10/2000 |
| Type: | Domestic Limited-Liability Company | Corp Number: | LLC4422-2000 |
| Qualifying State: | NV | List of Officers Due: | 5/31/2008 |
| Managed By: | Managers | Expiration Date: | 5/10/2500 |

| Additional Information | |
|---|---|
| Name Consent Date: | 05/10/2000 |

| Resident Agent Information | | | |
|---|---|---|---|
| Name: | MAX MCCOMBS | Address 1: | 228 ARLETTA ST |
| Address 2: | | City: | RENO |
| State: | NV | Zip Code: | 89512 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | POB 5966 |
| Mailing Address 2: | | Mailing City: | RENO |
| Mailing State: | NV | Mailing Zip Code: | 89513 |

View all business entities under this resident agent

| Financial Information | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $ 0 |
| No stock records found for this company | | | |

| Officers | | | Include Inactive Officers |
|---|---|---|---|
| Manager - RICK FISHER | | | |
| Address 1: | 650 S GRAND AVE | Address 2: | |
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90017 | Country: | |
| Status: | Active | Email: | |
| Manager - NAVROZ HAJI | | | |

| | | | |
|---|---|---|---|
| Address 1: | 650 S GRAND AVE | Address 2: | |
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90017 | Country: | |
| Status: | Active | Email: | |
| **Manager - MAX MCCOMBS** | | | |
| Address 1: | PO BOX 5966 | Address 2: | |
| City: | RENO | State: | NV |
| Zip Code: | 89513 | Country: | |
| Status: | Active | Email: | |

### Actions\Amendments
**Click here to view 8 actions\amendments associated with this company**

You are currently not logged in