MARK WRAY, #101524
mwray@markwraylaw.com
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
Attorneys for Defendants U.S. COLO
And HAJI NAVROZ

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER RUCINSKI ENTERPRISES, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TOUCH ASIA OUTSOURCING SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 08-CV-0138 WQH POR |

**NOTICE OF ENTRY OF APPEARANCE OF COUNSEL FOR DEFENDANT COLO 6, LLC**

The undersigned hereby enters his appearance on behalf of Defendant Colo 6, LLC. All further pleadings, motions, and other papers in this action should be served on the Law Offices of Mark Wray with the email and address shown above.

DATED: April 16, 2008

/s/ Mark Wray
MARK WRAY
Attorney for Defendants COLO 6, LLC and
HAJI NAVROZ

1

## CERTIFICATE OF SERVICE

The undersigned employee of the Law Offices of Mark Wray certifies pursuant to FRCivP 5 that a true copy of the foregoing document was sealed in an envelope with first class U.S. Postage prepaid thereon and deposited in the U.S. Mail at Reno, Nevada on April 16, 2008 addressed to the following:

Noreen Rucinski
Dir. Strategic Business Development
Schneider Rucinski Enterprises
3344 N. Mt. View Dr.
San Diego, CA 92116

John E. McCosker
Waller Lansden Dortch & Davis, LLP
333 S. Grand Ave., Suite 1800
Los Angeles, CA 90071

_____

2