1  MARK WRAY, #101524
   mwray@markwraylaw.com
2  LAW OFFICES OF MARK WRAY
3  608 Lander Street
   Reno, Nevada 89509
4  (775) 348-8877
   (775) 348-8351 fax
5  Attorneys for Defendants U.S. COLO
6  And HAJI NAVROZ

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10

11  SCHNEIDER RUCINSKI ENTERPRISES, )
    a California corporation,                    )
12                                               )   Case No. 08-CV-0138 WQH POR
                          Plaintiff,             )
13                                               )
14        vs.                                    )
                                                 )
15  TOUCH ASIA OUTSOURCING                       )
    SOLUTIONS, INC., et al.,                     )
16                                               )
17                        Defendants.            )   Complaint Filed:  Jan. 23, 2008
                                                 )

18

19  **OPPOSITIONS TO PLAINTIFFS' THREE EX PARTE MOTIONS TO STRIKE**

20  **ANSWER AND TO ENTER DEFAULT OF DEFENDANT COLO 6, LLC**

21        Defendant Colo 6, LLC, by its undersigned counsel, opposes the following ex parte

22  motions filed by plaintiff Schneider Rucinski Enterprises:

23        1.      Docket # 29 – "Plaintiff's Request to Clerk for Motion to Strike Defandants

24  Reply (Answer) and Entry of Default";

25        2.      Docket #35 – "Plaintiff's Exparte Motion to Strike Defendants Reply (Answer)

26  USColo, Colo 6 LLC"; and

27        3.      Docket # 37 – "Plaintiff's Ex Parte Motion to an Order to Enter into Default on

28  USColo dba UColo6 LLC".

                                        1

**A.    Plaintiff Is Not Entitled To Proceed on an Ex Parte Basis Without Notice**

On February 21, 2008, Colo 6, LLC and Haji Navroz timely filed their joint Answer to the plaintiff's complaint and served a copy on the plaintiff. Under FRCivP 5 and the Court's local rules, defendants are parties to the action, entitled to notice of motions like any other party. The papers filed by plaintiff under Docket Nos. 29, 35 and 37 are all ex parte without notice. The undersigned became aware of Docket Nos. 35 and 37 only by reviewing the docket entries online on PACER. Plaintiff offers no grounds for proceeding on an ex parte basis without notice against parties to the action. The ex parte motions should be denied on the grounds that plaintiff has no grounds for proceeding ex parte without notice.

**B.    Colo 6 LLC Is Represented by Counsel**

Docket Nos. 29, 35 and 37 are based on the argument that the Answer of Colo 6, LLC should be stricken because it was signed by a managing member rather than an attorney for the entity. The undersigned represents Colo 6, LLC and is filing today a notice of appearance and motion for leave to file amended answer on behalf Colo 6, LLC. The plaintiff's argument is addressed by the entry of counsel's appearance for the entity. No prejudice will result to plaintiff by entry of counsel's appearance.

It is therefore respectfully requested that the relief requested in Docket Nos. 29, 35 and 37 be denied and that the Court award all other appropriate relief.

DATED: April 16, 2008

MARK WRAY
Attorney for Defendants COLO 6, LLC and
HAJI NAVROZ

2

1   <u>CERTIFICATE OF SERVICE</u>

2       The undersigned employee of the Law Offices of Mark Wray certifies pursuant to

3   FRCivP 5 that a true copy of the foregoing document was sealed in an envelope with first class

4   U.S. Postage prepaid thereon and deposited in the U.S. Mail at Reno, Nevada on April 16, 2008

5   addressed to the following:

6

7   Noreen Rucinski
    Dir. Strategic Business Development
8   Schneider Rucinski Enterprises
    3344 N. Mt. View Dr.
9   San Diego, CA 92116

10

11  John E. McCosker
    Waller Lansden Dortch & Davis, LLP
12  333 S. Grand Ave., Suite 1800
    Los Angeles, CA 90071

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3