

**FILED**

**4/16/2008**

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                                    DEPUTY

**Schneider Rucinski Enterprises**            08cv138-WQH-POR

-v-

Touch Asia Outsourcing Solutions, Inc., et al.

## STRICKEN DOCUMENT
### (Per 4/17/2008 Order, Doc. # 41)

## Doc. # 40 -
## MOTION to Amend/Correct 9 Answer to Complaint