MARK WRAY, #101524
mwray@markwraylaw.com
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
Attorneys for Defendants COLO 6, LLC
and NAVROZ HAJI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SCHNEIDER RUCINSKI ENTERPRISES, )
a California corporation, )
)    Case No. 08-CV-0138 WQH POR
        Plaintiff, )
) **MOTION FOR LEAVE TO FILE**
    vs. ) **AMENDED ANSWER ON BEHALF**
) **OF COLO 6, LLC AND NAVROZ**
TOUCH ASIA OUTSOURCING ) **HAJI**
SOLUTIONS, INC., et al., )
)    Hon. William Q. Hayes
)    Dept. 4, Fourth Floor, U.S. Courthouse
        Defendants. )
)    Hearing Date: May 27, 2008
)    Hearing Time: 11:00 a.m.
)
_____ )    NO ORAL ARGUMENT REQUESTED

    Defendants Colo 6, LLC and Navroz Haji, by their undersigned counsel, hereby move the Court pursuant to FRCivP 15 for leave to file their Amended Answer, a copy of which is attached as Exhibit A to this motion.

    No oral argument is requested.

    The motion is made on grounds that the defendants filed their answer in this matter without counsel and both are now represented by counsel duly admitted to practice before the U.S. District Court for the Southern District of California. The motion is based on this notice,

the motion and points and authorities filed herewith, and the papers and pleadings on file in this action.

    DATED: April 17, 2008

                                                          */s/ Mark Wray*
                                          MARK WRAY
                                          Attorney for Defendants COLO 6, LLC and
                                          NAVROZ HAJI

<u>CERTIFICATE OF SERVICE</u>

The undersigned employee of the Law Offices of Mark Wray certifies pursuant to FRCivP 5 that a true copy of the foregoing document was sealed in an envelope with first class U.S. Postage prepaid thereon and deposited in the U.S. Mail at Reno, Nevada on April 17, 2008 addressed to the following:

Noreen Rucinski
Dir. Strategic Business Development
Schneider Rucinski Enterprises
3344 N. Mt. View Dr.
San Diego, CA 92116

John E. McCosker
Waller Lansden Dortch & Davis, LLP
333 S. Grand Ave., Suite 1800
Los Angeles, CA 90071

*/s/ Mark Wray*