1  MARK WRAY, #101524
   mwray@markwraylaw.com
2  LAW OFFICES OF MARK WRAY
3  608 Lander Street
   Reno, Nevada 89509
4  (775) 348-8877
   (775) 348-8351 fax
5  Attorneys for Defendants COLO 6, LLC
6  and NAVROZ HAJI
7
8                    UNITED STATES DISTRICT COURT
9                    SOUTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| SCHNEIDER RUCINSKI ENTERPRISES, ) a California corporation, ) ) Plaintiff, ) ) vs. ) ) TOUCH ASIA OUTSOURCING ) SOLUTIONS, INC., et al., ) ) Defendants. ) ) ) ) ) ) ) | Case No. 08-CV-0138 WQH POR **POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED ANSWER ON BEHALF OF DEFENDANTS COLO 6, LLC AND NAVROZ HAJI** William Q. Hayes, District Judge Courtroom 4, Fourth Floor Hearing Date: May 27, 2008 Hearing Time: 11:00 a.m. NO ORAL ARGUMENT REQUESTED |

I

FACTS

On February 21, 2008, Colo 6, LLC filed its Answer in this action, jointly with defendant Navroz Haji, an individual. The Answer was signed by a managing member of the company and by Mr. Haji.

The plaintiff has filed ex parte motions (see Docket Nos. 29, 35 and 37) to strike that Answer on grounds that the managing member of Colo 6, LLC cannot sign a pleading on behalf of the entity.

On April 16, 2008, the undersigned counsel for Colo 6, LLC entered an appearance to represent defendants Colo 6, LLC and Mr. Haji and to address the issue raised by the plaintiff. The undersigned has prepared an Amended Answer, attached to the motion as Exhibit A. The Amended Answer would be signed by the undersigned, an attorney duly admitted to practice in the United States District Court for the Southern District of California.

II

ARGUMENT

Rule 15 permits amendment of pleadings with leave of court. Leave shall be freely given when justice so requires. *Id.*

This amendment is requested to remedy the filing of the Answer by the managing member, so that Colo 6, LLC is properly represented before this Court. At this early stage of the case, there is no prejudice to the plaintiff or any other party. It is therefore respectfully requested that the motion be granted.

DATED: April 17, 2008

*/s/ Mark Wray*
MARK WRAY
Attorney for Defendants COLO 6, LLC and
NAVROZ HAJI

## CERTIFICATE OF SERVICE

The undersigned employee of the Law Offices of Mark Wray certifies pursuant to FRCivP 5 that a true copy of the foregoing document was sealed in an envelope with first class U.S. Postage prepaid thereon and deposited in the U.S. Mail at Reno, Nevada on April 17, 2008 addressed to the following:

Noreen Rucinski
Dir. Strategic Business Development
Schneider Rucinski Enterprises
3344 N. Mt. View Dr.
San Diego, CA 92116

John E. McCosker
Waller Lansden Dortch & Davis, LLP
333 S. Grand Ave., Suite 1800
Los Angeles, CA 90071

*/s/ Mark Wray*