UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NOTICE OF DOCUMENT DISCREPANCIES



*Clerk's Office File Stamp*

FILED
MAY - 5 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  William Q. Hayes
FROM: M. Cruz, Deputy Clerk    RECEIVED DATE: 5/1/08
CASE NO.: 08cv138-WQH-POR   DOCUMENT FILED BY: Schneider Rucinski Enterprises
CASE TITLE: Schneider Rucinski Enterprises v. Touch Asia Outsourcing Solutions, Inc. et al
DOCUMENT ENTITLED: Plaintiff's Reply To Defendants Oppositions To Plaintiff's Three Ex Parte Motions To Strike Answer And To Enter Default Of Defendant Colo 6 LLC

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated interest |
| ☒ | | OTHER: Case dismissed; all pending motions denied as moot |

Date forwarded: 5/5/08

### ORDER OF THE JUDGE / MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed nunc pro tunc to date received.

☒ The document is NOT to be filed, but instead REJECTED, and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☒

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: WQH

Dated: 5/5/08       By: RBFippo
cc: All Parties

```
 1 | **Noreen Rucinski**
   | Dir. Strategic Business Development
   | Schneider Rucinski Enterprises
 2 | 3344 N Mt. View Dr
   | San Diego CA 92116
 3 | 619-282-7977
   | noreenr@cox.net
 4 | Plaintiff in Pro Per
   | Appearing *pro se*
```

**REJECTED**

## UNITED STATES DISTRICT COURT

## IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER RUCINSKI ENTERPRISES, ) | |
| Plaintiff, ) | |
| vs. ) | Case No.: 08 CV 0138 WQH POR |
| TOUCH ASIA OUTSOURCING SOLUTIONS, INC., dba TOUCH ASIA CALL CENTER, INC.; RUDY NGAW; STRATASOFT, INC. PACIFIC CALL CENTERES; LANE MCCARTY individually and as an employee and/or agent of STRATASOFT, INC.; JASON PACE individually and as an employee and/or agent of STRATASOFT, INC.; MIKE BRIDGES individually and as an employee and/or agent of STRATASOFT, INC.; MICHIEL BRIDGES, JR., individually and as an employee and/or agent of STRATASOFT, INC.; INX, INC., a Texas Corporation formerly known as I-SECTOR CORPORATION; COLO 6 LLC, a California Corporation, and NAVROZ HAJI, an individual, and DOES 1 through 20, inclusive, ) | Date: May 27 2008<br>Time: 11 AM<br><br>Judge: Hon. William Q Hayes<br><br>PLAINTIFF'S REPLY TO DEFENDENTS OPPOSITIONS TO PLAINTIFF'S THREE EXPARTE MOTIONS TO STRIKE ANSWER AND TO ENTER DEFAULT OF DEFENDANT COLO 6. LLC DBA USCOLO |
| Defendants. | |

### PLAINTIFF'S REPLY TO DEFENDENTS OPPOSITIONS TO PLAINTIFF'S THREE EXP ARTE MOTIONS TO STRIKE ANSWER AND TO ENTER DEFAULT OF DEFENDANT COLO 6. LLC

The Plaintiff Schneider Rucinski Enterprises ("Plaintiff") reply's to opposition of 3 filed Motions, 29, 35, 37. Plaintiff filed appropriate Motions:

1