MARK WRAY, #101524
mwray@markwraylaw.com
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
Attorney for Defendant
US COLO AT ONE WILSHIRE, LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER RUCINSKI ENTERPRISES, a California corporation, <br><br>　　　　Plaintiff, <br><br>　vs. <br><br>STRATASOFT, INC. a Texas corporation; INX/I-SECTOR, INC. a Texas corporation; U.S. COLO ONE WILSHIRE, LLC; TOUCH ASIA OUTSOURCING SOLUTIONS, INC., et al., <br><br>　　　　Defendants. | Case No. 08-CV-0138 WQH POR <br><br>**MOTION TO DISMISS FOR LACK OF DIVERSITY JURISDICTION** <br><br>Hon. William Q. Hayes <br>Dept. 4, Fourth Floor, U.S. Courthouse <br><br>Hearing Date: July 28, 2008 <br>Hearing Time: 11:00 am <br><br>NO ORAL ARGUMENT REQUESTED |

　　　　Defendant U.S. COLO AT ONE WILSHIRE, LLC, improperly sued herein as "U.S. COLO One Wilshire, LLC.", by and through its undersigned counsel, the Law Offices of Mark Wray, hereby moves the Court pursuant to FRCP 12 (b) (1) and 28 USCA § 1332 to dismiss Plaintiff's *First Amended Complaint* filed on May 30, 2008 on the grounds that jurisdiction of this action is based on alleged diversity of citizenship and there is no diversity jurisdiction as Plaintiff and Defendant U.S. COLO AT ONE WILSHIRE, LLC are both citizens of California.

/ / /

/ / /

/ / /

1  No oral argument is requested on this Motion. This motion is based on this motion, the
2  points and authorities filed herewith, and the papers and pleadings on file in this action.
3
4       DATED:   June 19, 2008          BY:   /MARK WRAY/
                                              MARK WRAY
5                                             Attorney for Defendant
                                              US COLO AT ONE WILSHIRE, LLC.
6

**CERTIFICATE OF SERVICE**

The undersigned employee of the Law Offices of Mark Wray certifies pursuant to FRCivP 5 that a true copy of the foregoing document was sealed in an envelope with first class U.S. Postage prepaid thereon and deposited in the U.S. Mail at Reno, Nevada on June 19, 2008 addressed to the following:

Noreen Rucinski
Dir. Strategic Business Development
Schneider Rucinski Enterprises
3344 N. Mt. View Dr.
San Diego, CA 92116

John E. McCosker
Stephen Lubega
Waller Lansden Dortch & Davis, LLP
333 S. Grand Ave., Suite 1800
Los Angeles, CA 90071

_____/Mark Wray/_____

3