1  MARK WRAY, #101524
   mwray@markwraylaw.com
2  LAW OFFICES OF MARK WRAY
3  608 Lander Street
   Reno, Nevada 89509
4  (775) 348-8877
5  (775) 348-8351 fax
   Attorney for Defendant
6  US COLO AT ONE WILSHIRE, LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER RUCINSKI ENTERPRISES, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> STRATASOFT, INC. a Texas corporation; <br> INX/I-SECTOR, INC. a Texas corporation; <br> U.S. COLO ONE WILSHIRE, LLC; <br> TOUCH ASIA OUTSOURCING <br> SOLUTIONS, INC., et al., <br><br> Defendants. | Case No. 08-CV-0138 WQH POR <br><br> **MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR IN THE ALTERNATIVE MOTION FOR MORE DEFINITE STATEMENT** <br><br> Hon. William Q. Hayes <br> Dept. 4, Fourth Floor, U.S. Courthouse <br><br> Hearing Date:  July 28, 2008 <br> Hearing Time: 11:00 am <br><br> NO ORAL ARGUMENT REQUESTED |

Defendant U.S. COLO AT ONE WILSHIRE, LLC, improperly sued as "U.S. COLO One Wilshire, LLC.", by and through its undersigned counsel, the Law Offices of Mark Wray, hereby moves pursuant to FRCP 8 and FRCP 12 (b)(6) to dismiss Plaintiff's *First Amended Complaint* filed on May 30, 2008 on the grounds that Plaintiff has not provided a short and plain statement of its claims or, in the alternative, that this responding party is entitled to a more definite statement of the claims for relief as alleged by Plaintiff.

/ / /

/ / /

1

1  No oral argument is requested on this Motion. This motion is based on this motion, the
2  points and authorities filed herewith, and the papers and pleadings on file in this action.
3
4  DATED:  June 19, 2008   BY:  /MARK WRAY/
                 MARK WRAY
5                 Attorney for Defendant
6                 US COLO AT ONE WILSHIRE, LLC.

**CERTIFICATE OF SERVICE**

The undersigned employee of the Law Offices of Mark Wray certifies pursuant to FRCivP 5 that a true copy of the foregoing document was sealed in an envelope with first class U.S. Postage prepaid thereon and deposited in the U.S. Mail at Reno, Nevada on June 19, 2008 addressed to the following:

Noreen Rucinski
Dir. Strategic Business Development
Schneider Rucinski Enterprises
3344 N. Mt. View Dr.
San Diego, CA 92116

John E. McCosker
Waller Lansden Dortch & Davis, LLP
333 S. Grand Ave., Suite 1800
Los Angeles, CA 90071

_____/Mark Wray/_____