```
1  John E. McOsker (SBN 169191)
   jmcosker@wallerlaw.com
2  Stephen K. Lubega (SBN 126849)
   slubega@wallerlaw.com
3  WALLER LANSDEN DORTCH & DAVIS, LLP
   333 S. Grand Avenue, Suite 1800
4  Los Angeles, California 90071
   Telephone:  (213) 362-3680
5  Facsimile:  (213) 362-3679

6  Attorneys for Defendants Stratasoft. Inc. and INX, Inc.
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER RUCINSKI ENTERPRISES, a California Women Owned Small (Sole Proprietor) Business,<br><br>Plaintiff,<br><br>vs.<br><br>STRATASOFT, INC. a Texas Corporation; INX/I-SECTOR, INC., a Texas Corporation; U.S. COLO One Wilshire LLC, an LLC of Nevada; TOUCH ASIA,<br><br>Defendants. | Case No. 08 CV 0138 WQH POR<br><br>Date:   July 28, 2008<br>Time:   11:00 a.m.<br><br>Judge:  Hon. William Q. Hayes<br><br>**DEFENDANTS STRATASOFT, INC.'S AND INX, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, TO DISMISS FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**<br>[FRCP 12(b)(1)]<br>[FRCP 12(b)(6)]<br>[FRCP 12(e)]<br><br>[NO ORAL ARGUMENT]<br><br>Complaint Filed:  January 23, 2008 |

**TO THE COURT, PLAINTIFF, AND ALL PARTIES AND THEIR RESPCTIVE COUNSEL:**

**PLEASE TAKE NOTICE THAT:** On July 28, 2008, at 11:00 a.m., or as soon thereafter as the Court can hear the matter, Defendants Stratasoft, Inc. ("Stratasoft") and INX, Inc. ("INX") will move the Court for an order dismissing this action pursuant to Fed. R. Civ. P. 12(b)(1) on the ground that the First Amended Complaint fails to establish the existence of subject matter jurisdiction in that

1  there is neither complete diversity of parties nor any federal question presented. Accordingly, the
2  Court must dismiss the action on this ground alone. In the alternative, Defendants move to dismiss the
3  action pursuant to Fed. R. Civ. P. 12(b)(6) on the ground that Plaintiff has failed to state a claim upon
4  which relief can be granted against these Defendants because the First Amended Complaint fails to
5  make sufficient factual allegations by which these Defendants may be held liable for the alleged
6  claims.
7  　　　In the alternative, if the Court does not grant the motions to dismiss pursuant to Rules 12(b)(1)
8  or 12(b)(6), Defendants move for a more definite statement of pleading pursuant to Rule 12(e).
9  　　　This motion is based upon this Notice of Motion, the accompanying Memorandum of Points &
10 Authorities and attached declarations, the Court's file and records, and such other evidence and
11 argument as the Court may permit at a hearing on this motion.
12
13 Dated: June 19, 2008                    Respectfully submitted,
14                                          WALLER LANSDEN DORTCH & DAVIS, LLP
15
16
                                           By:   s/John E. McOsker
17                                               Attorneys for Defendants
                                                 Stratasoft. Inc. and INX, Inc.
18
19
20
21
22
23
24
25
26
27
28

# PROOF OF SERVICE

STATE OF CALIFORNIA        )
                                              ) ss.:
COUNTY OF LOS ANGELES  )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 333 S. Grand Avenue, Suite 1800, Los Angeles, California 90071.

On June 19, 2008, I served on the interested parties in said action the within:

**DEFENDANTS STRATASOFT, INC.'S AND INX, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION OR, IN THE ALTERNATIVE, TO DISMISS FOR FAILURE TO STATE A CLAIM OR, IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT [FRCP 12(b)(1)] [FRCP 12(b)(6)] [FRCP 12(e)]**

by placing a true copy thereof in a sealed envelope(s) addressed as stated below. and causing such envelope(s) to be deposited in the U.S. Mail at Los Angeles, California.

Noreen Rucinski
3344 N. Mt. View Drive
San Diego, CA  92116

In Pro Se Plaintiff

[X]  (MAIL) I am readily familiar with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than 1 day after date of deposit for mailing in affidavit.

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and that the foregoing is true and correct.

Executed on June 19, 2008, at Los Angeles, California

_____Rosie A. Ortiz_____        _____/s/ Rosie A. Ortiz_____
  (Type or print name)                         (Signature)