**Noreen Rucinski**
Dir. Strategic Business Development
Schneider Rucinski Enterprises
3344 N Mt. View Dr
San Diego CA 92116
619-282-7977
Plaintiff in Pro Per
Appearing *pro se*

FILED
2008 JUL 16 PM 4: 16
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SCHNEIDER RUCINSKI ENTERPRISES, )
)
Plaintiff, )
)
vs. )
)   Case No.: 08 CV 0138 WQH POR
TOUCH ASIA )
STRATASOFT, INC )   Date:
INX, INC., a Texas Corporation formerly )   Time:.
known as I-SECTOR CORPORATION; )
US COLO AT ONE WILSHIRE a Nevada )
corp, )   Judge: Hon. William Q Hayes
)
Defendants. )
)   **PLAINTIFF'S REQUEST FOR EX PARTE**
)   **APPLICATION FOR CONTINUANCE OF**
)   **DUE DATE FOR FILING OPPOSITION**
)   **AND CONTINUANCE OF HEARING FOR**
)   **INX STRATSOFT AND USCOLO'S**
)   **(DEFENDANT'S) MOTION TO DISMISS,**
)   **MOTION FOR DEFINITE STATEMENTS.**
)
)

**PLAINTIFF'S REQUST FOR EXPARTE MOTION FOR EXTENSION OF TIME, OR
CONTINUANCE OF DATE TO RESPOND WITH OPPOSITION
TO INX, STRATASOFT AND USCOLO AT ONE WILSHIRE'S (DEFENDANTS)
MOTION'S TO DISMISS FOR LACK OF SUBJECT MATTER, FAILURE TO STATE A
CLAIM, AND MOTION FOR A MORE DEFINITE STATEMENT.**

Plaintiff, Schneider Rucinski Enterprises, ("SRE"), pursuant to local Rules

7.1 California Administrative Code, respectfully submits and hereby files this

Motion for Extension of Time to Respond with an Opposition and continuance of

1

date of the defendants Motions to Dismiss, Motions to for definite statements and all the above mentioned motions. In support, SRE states as follows:

1. On July 19, 2008, the defendants posted electronically to the efile system Motions to Dismiss, Motions to for more definite statement, etc. The plaintiff received through regular United States Mail the INX and Stratasoft motions on June 25th 2008. SRE has never officially received the US COLO's document by the US mail services and has accepted a June 25, 2008 response by email requested by SRE. This has caused a much shorter time to respond properly. We understand it is not unreasonable to ask for an extension of time to respond to file an opposition and request three weeks. An unforeseen schedule and out of office demands has made this request necessary.

2. . This Motion for Extension of Time is made in good faith, and the short extension requested will not unduly delay this proceeding or prejudice the rights of the parties.

3. Pursuant to Local Rule, SRE conferred with counsel for INX and Stratasoft regarding this request by email and US Mail. I was informed that INX and Stratasoft does not oppose seeking an extension of time up to and including up to three weeks to respond. I have not as of yet heard from counsel of US colo but have sent him US Mail and an email requesting the extension and asking if there was any problem with this.

**WHEREFORE,** SRE requests the Court to grant an extension of time for the due date for the opposition and push back the date of hearing as the courts see's fit after August 4 2008 or thereabouts, in the filing of Plaintiff's response to

INX, STRATASOFT, USCOLO'S Motion to Dismiss, Motions for more definite statements.

Respectfully submitted,

Noreen Rucinski

Noreenr@cox.net

619-282-7977

Pro Se

INX, STRATASOFT, USCOLO'S Motion to Dismiss, Motions for more definite statements.

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion has been furnished by U.S. Mail and email to the following parties on this 15nd day of July, 2008:

Mark Wray

Attorney for US Colo At One Wilshire

608 Lander Street

Reno Nevada, 89509

775- 348-8877

John E McCosker

Waller Lansden Dortch & Davis LLP

333 S Grand Ave suite 1800

Los Angeles Ca 90071

Stephen Lubega

Waller Lansden Dortch & Davis LLP

333 S Grand Ave suite 1800

Los Angeles Ca 90071

_____
Noreen Rucinski