**Noreen Rucinski**
Dir. Strategic Business Development
Schneider Rucinski Enterprises
3344 N Mt. View Dr
San Diego CA 92116
619-282-7977
Plaintiff in Pro Per
Appearing *pro se*

FILED
2008 AUG -4 PM 4: 03
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____VMX_____DEPUTY

UNITED STATES DISTRICT COURT

IN AND FOR THE SOUTHERN DISTRICT OF CALIFORNIA

SCHNEIDER RUCINSKI ENTERPRISES, )
                                )
            Plaintiff,          )
                                )
vs.                             )  Case No.: 08 CV 0138 WQH POR
                                )
TOUCH ASIA                      )  Date: August 18, 2008
STRATASOFT, INC                 )  Time:. 11:00 am
INX, INC., a Texas Corporation formerly )
known as I-SECTOR CORPORATION;  )
US COLO AT ONE WILSHIRE a Nevada )  Judge: Hon. William Q Hayes
corp,                           )
                                )  **PLAINTIFF'S OPPOSITION TO THE**
            Defendants.         )  **MOTION TO DISMISS AND OR**
                                )  **PLAINTIFF'S MOTION FOR LEAVE**
_____)  **OF COURT TO FURTHER AMEND**
                                )  **COMPLAINT BASED ON ALL**
                                )  **DEFENDANTS – STRATASOFT, INX.**
                                )  **US COLO DBA USCOLO AT ONE**
                                )  **WILSHIRE**
                                )

{NO ORAL ARGUMENT}

**Introduction**

Plaintiff respectfully opposes Defendants' Motion to Dismiss and states that:

Plaintiff is proceeding in pro per and pleads this court to be allowed more leniency in framing her complaint and her insufficient knowledge on the procedural rules in prosecuting her claims.

As stated in the Amended Complaint and as clearly understood by the defendants (cite par. Restated by def), Plaintiff is the sole proprietor of **Schneider Rucinski Enterprises (SRE)** which



was induced by **Stratasoft Inc. ("Stratasoft")** to purchase the acquisition of equipment from Stratasoft for use by Touch Asia in a rental/lease option by contracting plaintiff to purchase the equipment to be leased by Touch Asia and promising to guarantee plaintiff's "remote access" to the equipment (a Dialer Platform and its accessories) which is the only way to control the Dialer Platform in order to preserve the rights of the plaintiff as owner and that the rights, licenses and warranties to said equipment will be given to the plaintiff as the owner of said equipment.

Plaintiff paid for the equipment which was sold by Stratasoft with the understanding that Stratasoft will honor the guarantees it made. Due the misrepresentation and fraudulent acts of Stratasoft, plaintiff entrusted the equipment to Touch Asia under a lease agreement. It was when Touch Asia stated they would no longer pay and defaulted in its lease payments that plaintiff called upon Stratasoft to make good its guarantee but plaintiff's effort was all in vain as Stratasoft refused to perform what was incumbent upon it under the representations and guarantee it made. The original cost without other fees and charges of the subject equipment was $ 254,995.00. Therefore, way above the required amount in civil actions falling within the court's diversity jurisdiction.

In filing the Amended Complaint, plaintiff had complied with the requirements under Fed. R. Civ. P. 11 which states that even unrepresented parties must:

> "certify to the best of the person's knowledge, information and belief,
> formed after an inquiry reasonable under the circumstances:
> (1) x x x
> (2) x x x
> (3) The factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; . . ."

In defendants' Motion to Dismiss (¶ 2, p. 1) from Stratasoft and INX defendants unashamedly protested that they had been spending an "inordinate amount of attorney's fees and resources (to date, tens of thousands of dollars)" just to challenge the "unwieldy and unintelligible Complaint" filed by the plaintiff. But pardon the pun, had the defendants did not defraud and victimize the plaintiff, plaintiff would not have to file the Complaint. If defendants did not defraud and victimize the plaintiff, we would still have the hundreds of thousands of dollars which defendant Stratasoft took from her and deceived her of then, she could have used the said amount to pay for an attorney so that she does not have make an "unwieldy and unintelligible Complaint".

In defendants' Motion to Dismiss from US Colo One Wilshire and or DBA US Colo in response to your motion for FRCP 8 it was a short and to the point as she could have been. However is willing to allow by direction of the courts a more detailed allegation of US colo's involvement and will try to be as brief as could be done, with the circumstances. Should US Colo and or Stratasoft not victimized SRE you would not have had to deal with the vague, ambiguous and argumentative amendment and it's allegations. SRE will do what is necessary to cure the defects with the least possible costs to the courts. Of course that really depends on the defendants.

**ARGUMENT**

1. **There would be complete diversity among the parties in this case if avoidance and honesty were used not the omission and or material facts missing in the defendants claims of domical. The amount in controversy is more than $75,000.00**

Only the plaintiff is a resident of California, one defendant claiming to be of California, US Colo at One Wilshire, are either Nevada corporations, or foreign corporations licensed to do business in Californian with a primary business jurisdiction of Nevada and Primary jurisdiction as shown in the exhibit from Attorney Mark Wray's supplied exhibit information. On June 19 2008 A clients called US Colo at One Wilshire and US Colo to inquire about the US Colo's facilities in the

3

California location and Seattle location. Vincent Vongfak has supplied the following email regarding the discussion stating by the defendants, of it's primary place of business is Nevada and how they conduct business with relation to rented equipment. A concern that US Colo has so many DBA's and other names the Plaintiff finds that the courts may and should see this as a possibly to create avoidance of the real true domicile to get out of this suit. US Colo has paid for upwards of 8 different corporation names with Three Secretary of states departments, California, Nevada and Washington State. Two more have been paid for, the plaintiff feels in order to avoid payment of damages since this case has started. This defendant and it's officers Max Combs, Haji Navroz and Rick Fisher are listed as officers in most of the filings, done by these corporations all using different endings of US Colo…, however, you can see how they all are listed as the primary in most of the states and then again, in the next state the primary there as well. So it is impossible to see without further investigation for more than a verbal response and written by the defendants. The Plaintiff in the last opposition for motion to dismiss, gave three different US Colo forms from the Secretary of State in Nevada is a Nevada corporation. Even with regards to US Colo defendants exhibits in the motion to dismiss, from the Secretary of State in California it says its jurisdiction is Nevada while under a California corporation license to do business, it does not state it is the primary business quite the contrary, it states Nevada is.

For the honorable courts, perhaps it is an oversight and or mistake by the defendants US Colo at One Wilshire or any of the DBA names of US. Colo. However, It is understand that diversity can be an issue to be determined later before trial to rather than to assume this defendant is trying to create a form of avoidance for being severed and complained about for lawsuits. As you can see it US Colo One Wilshire or US Colo owned by Max Combs a long time resident of Nevada and who also has a home in California when it suits the situation. In reviewing the documentation from the State of Nevada, once you understand you have to put the periods (.'s) in U. S. to find all the names will show the document sought by anyone with the determination to do it.

Dismissing this for Diversity based on a simple document creativity constructed by the defendants other than by the copies from the Secretary of State for Nevada should be viewed as a distortion of the fact or omissions of the material facts relating to Federal Jurisdiction by all the defendants. The Plaintiff is supplying Nevada Secretary of the State corporations and attached to this memorandum. One defendant, Touch Asia was indeed a California-registered corp. but it is already defunct and was prior to any deals being made with them in 2002, implying Rudy Ngaw was not a corporation that name and Identity was used fraudulently to start with and as such as admitted by defendants, a defunct corporation cannot sue or be sued. However, it is our contention that Rudy Ngaw is living in Seattle, Washington told to us by cousin Bong as our investigation and quest to find him in California have not worked. Thus, why would the residence or domicile or citizenship of Touch Asia matter in this case? It is a mere nominal party as its inclusion is necessary only to provide plaintiff complete relief in her claims. The other two defendants are Texas entities. It is our contention that The Federal Statues will overcome any diversity. Moreover, the amount in controversy is more than $75,000.00.

**JURISDICTION**

a.  The Court has jurisdiction over the subject matter of this action under 28 U.S.C. § 1332 in that the parties are citizens of different states and the amount in controversy exceeds the sum of $75,000.00 exclusive of costs and interest.

b.  In the alternative, this action is brought under the federal Racketeer Influenced and Corrupt Organization ("RICO") statute, 18 U.S.C. § 1961, *et seq.*, and various California common law doctrines or statutes. Jurisdiction is vested in this Court by virtue of 17 U.S.C. § 501(b) and 28 U.S.C. § 1331. Noreen Rucinski and SRE have brought claims under California law are so related to SRE's Federal claims, over which the Court has original jurisdiction, that they form part of the same case or controversy. Under Article III of the United States Constitution, the Court has jurisdiction over SRE's California common law and statutory claims pursuant to 28 U.S.C. § 1367.

5

c.  A substantial part of the events and omissions giving rise to the claims stated herein occurred in this District, a substantial part of the property that is the subject of this action is situated in this District, and at least one defendant is found in this District and there are no districts wherein all defendants are found. Venue is proper in this District and Division pursuant to 28 U.S.C. §§ 1391(b)(2) and (3) and pursuant to 18 U.S.C. § 1965(b).

2. **The subject matter of the action involves a federal question and therefore within the jurisdiction of the federal court.** 28 USC § 1331

The Amended Complaint filed by the plaintiff is a well pleaded complaint. It might have been superfluous and not as concise as pleadings should be but it nonetheless conveyed the acts complained of and the relief's desired by the plaintiff as may be allowed under the laws. Under such concept of a "well pleaded complaint", the court will "consider only what necessarily appears in plaintiff's statement of his or her claim, unaided by anything alleged in anticipation or avoidance of defenses the defendant may interpose." (Taylor v. Anderson 234 US 74, 75-76, 34 S. Ct. 724 (1914)). If the court will indeed consider only the allegations in the Complaint, it will clearly appear in the end that plaintiff has a valid claim and cause of action against the defendants.

The federal question involved are:

a. Did the defendants commit fraud under 18 US Code § 1001 to which the plaintiff is entitled to the relief claimed in the complaint?

b. Did the defendants commit illegal acts as defined under RICO which caused damage or injury to plaintiff's business as she claimed in her complaint?

As to the first federal question, plaintiff will state in her requested by the courts for a more detailed either response or Amended Complaint with more particularity and with better allegations of the fraudulent acts committed by defendants against her, specifically the false inducement made by defendants to enter into an arrangement wherein defendants' intent to defraud and full scheme to defraud her became apparent only after she had parted with large sum of money and demanded actions of those warrantees, promises and guarantees;

As to the second federal question, plaintiff will thoroughly and completely state in the requested 12(b)e or Amended Complaint the facts constituting all the RICO acts committed by defendants including the pattern of the defendants' illicit scheme, specifically the racketeering activities and patterns they have been doing for years;

**3. The fraudulent acts, misrepresentations and racketeering activities of the conspiring defendants are sufficient causes of action alleged in the plaintiff's Amended Complaint.**

The vagueness of allegations in the complaint is not a ground for dismissal of the Amended Complaint. Plaintiff being not a lawyer understandably does not have knowledge of the specific elements to prove certain allegations made in her Complaint or Amended Complaint. But she is not precluded by law from filing a complaint just because she is not represented by counsel. At the least, plaintiff should be given by this Court the indulgence to be allowed to revise her complaint and to file either another Amended Complaint or respond to the 12 (e) requests by the all defendants in order to make said Complaint conform to the requirements under the rules. The defendant's claims to cure the defect with more particularity and to better allege the elements of the RICO acts and fraud does not make her complaint invalid or groundless. The illegal and fraudulent

7

acts were committed causing direct injury by defendants against her and her business for which she has the right to institute a complaint and to be heard in the proper forum. The proper forum being this federal court.

All documentary evidence supporting the allegations made in the Complaint will be presented by the plaintiff in accordance with the rules of procedure before this honorable court.

Finally, it can be observed from the defendants' Motion to Dismiss that nowhere therein did they did not deny the facts alleged by plaintiff regarding the payment she made, the delivery which defendant Stratasoft made, the lease of equipment by defendant Touch Asia that was the request of the defendant Stratasoft to be its bank, Touch Asia's default in payment to plaintiff and the involvement of the defendants INX's and US Colo in all the transactions involving the equipment paid for by plaintiff. These alone should already give the court reasonable ground to believe that a cause of action and a valid claim must be existing and should be sufficient not to cause the dismissal of this valid Complaint.

**CONCLUSION**

This Honorable Court should DENY the defendants' Motions to Dismiss because plaintiff had sufficiently established an opportunity for complete diversity among the defendants and that this Honorable Court also has jurisdiction over the subject matter of this civil action as it involves an amount in controversy more than $75,000.00 and defendants' fraudulent acts under 18 US Code § 1001 and the RICO acts of racketeering are all within the federal jurisdiction of this court.

In addition, this Court should likewise allow the plaintiff to respond or amend her Complaint in order to concisely and definitively state her claims and causes of action which will further show that plaintiff's Complaint indeed involves a federal question which is well within the jurisdiction of this Honorable Court.

1  The herein Opposition to comply with defendants 12 (e) and or courts requests for more
2  details and or in the alternative Motion for Leave of Court to Amend Complaint is based on the
3  judicial authorities cited, judicial records and such other evidence which the plaintiff may present.

Dated: August ___, 2008

*[signature]*

Respectfully Submitted:

Noreen Rucinski

# Exhibits
# List of contents

1. Email dated June 19th from Siam USA Telecommunications

2. Nevada Secretary of State of printed copies of corporations in Nevada by Max McCombs and or any variation of names of US Colo.

   a. US Colo Las Vegas

   b. US Colo LLC

   c. US Colo Inc

   d. US Colo @800 Hope

   e. Max Mc Combs name by default research in the Sec. of State of Nevada and associated names.

**From:** Vincent SIAM USA [mailto:vincent@siamusa.com]
**Sent:** Friday, June 19, 2008 5:28 PM
**To:** 'noreenrucinski'
**Subject:** RE: did you fill in the paperwork for me and have information I asked you about last week?
**Importance:** High

Will be back in town tomorrow afternoon around 6 PM. Will have all done and call you then, thanks

Best Regards,

**Vincent Vongfak**
SIAM USA TELECOMMUNICATION INC.

---

**From:** Vincent SIAM USA [mailto:vincent@siamusa.com]
**Sent:** Friday, June 19, 2008 7:58 PM
**To:** 'noreenrucinski'
**Subject:** RE: did you fill in the paperwork for me and have information I asked you about last week?
**Importance:** High

To Miss Noreen,

I have asked you to represent us in finding a collocation in Los Angeles and Washington State for our prepaid platforms, we have acquired from Schneider Rucinski Enterprises.

We have called US Colo at One Wilshire and were given a contract to review. We requested who the owner were and was told that Hajji Navroz is the manager of the west coast operations.

In the conversation with Rick Fisher who presented himself as an officer of the company we were well satisfied with the company.

We asked as we always have for the equipment to not be part of the landlord lease to us, since the equipment is rented through your company. We were told it would not be a problem. We were also told they have never had this problem in the past. Have you had any issues with them? We were informed that they have procedures in place for the protection of equipment to lease holders and banks. We were told this is a closed door operation like the one we are in at 530 W 6th street.

We were told all arbitrations and disputes will be handled out of Nevada by the corporation attorney.

This is a concern for us, regarding the landlord waiver we need signed to put your equipment in place. Does it need to be in California for you?

Please let us know your thought regarding US Colo facilities in Los Angeles.

Best Regards,

**Vincent Vongfak**

11

Entity Details - Secretary of State, Nevada                                  Page 1 of 2

### Nevada Secretary of State

Information Center | Election Center | Business Center | Licensing Center | Securities Center
My Data Reports | Business Entity Search | Fee Schedule (Data Reports)

## US COLO LAS VEGAS LLC

[ New Search ]   [ Printer Friendly ]   [ Calculate List ]

**Business Entity Information**

| Status: | Active | File Date: | 6/20/2008 8:00:28 |
|---|---|---|---|
| Type: | Domestic Limited-Liability Company | Corp Number: | E0407062008-8 |
| Qualifying State: | NV | List of Officers Due: | 6/30/2009 |
| Managed By: | Managing Members | Expiration Date: | |

**Resident Agent Information**

| Name: | PARACORP INCORPORATED | Address 1: | 318 N CARSON ST |
|---|---|---|---|
| Address 2: | | City: | CARSON CITY |
| State: | NV | Zip Code: | 89701 |
| Phone: | | Fax: | |
| Email: | dcooke@parasec.com | Mailing Address 1: | |
| Mailing Address 2: | | Mailing City: | |
| Mailing State: | NV | Mailing Zip Code: | |

View all business entities under this resident agent

**Financial Information**

| No Par Share Count: | 0 | Capital Amount: | $0 |
|---|---|---|---|

No stock records found for this company

**Officers**                                                     ☐ Include Inactive

**Managing Member - RICK FISHER**

| Address 1: | 650 SOUTH GRAND AVE | Address 2: | |
|---|---|---|---|
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90017 | Country: | USA |

https://esos.state.nv.us/SOSServices/AnonymousAccess/CorpSearch/CorpDetails.aspx?lx8n...   8/4/2008

Entity Details - Secretary of State, Nevada                                  Page 2 of 2

| Status: | Active | Email: | |
|---|---|---|---|

**Managing Member - NAVROZ HAJI**

| Address 1: | 650 SOUTH GRAND AVE | Address 2: | |
|---|---|---|---|
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90017 | Country: | USA |
| Status: | Active | Email: | |

**Managing Member - MAX MCCOMBS**

| Address 1: | 650 SOUTH GRAND AVE | Address 2: | |
|---|---|---|---|
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90017 | Country: | USA |
| Status: | Active | Email: | |

**Actions\Amendments**

Click here to view 2 actions\amendments associated with this company

You are currently not logged in

Nevada Secretary of State, Ross Miller.   Copyright 2007. All rights reserved.

Entity Details - Secretary of State, Nevada                                    Page 1 of 2

## Nevada Secretary of State

Information Center | Election Center | Business Center | Licensing Center | Securities Center
My Data Reports | Business Entity Search | Fee Schedule (Data Reports)

## U.S. COLO. LLC.

[ New Search ]   [ Printer Friendly ]   [ Calculate List ]

### Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active on 7/21/2008 | File Date: | 6/10/2000 |
| Type: | Domestic Limited-Liability Company | Corp Number: | LLC4422-2000 |
| Qualifying State: | NV | List of Officers Due: | 6/31/2009 |
| Managed By: | Managers | Expiration Date: | 6/10/2500 |

### Additional Information

| | |
|---|---|
| Name Consent Date: | 06/10/2000 |

### Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | MAX MCCOMBS | Address 1: | 228 ARLETTA ST |
| Address 2: | | City: | RENO |
| State: | NV | Zip Code: | 89512 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | POB 5968 |
| Mailing Address 2: | | Mailing City: | RENO |
| Mailing State: | NV | Mailing Zip Code: | 89513 |

View all business entities under this resident agent

### Financial Information

| | | | |
|---|---|---|---|
| No Par Share Count: | 0 | Capital Amount: | $0 |

No stock records found for this company

### Officers                                               ☐ Include Inactive

**Managing Member - RICK FISHER**

| | | | |
|---|---|---|---|
| Address 1: | 650 S GRAND AVE | Address 2: | #1620 |

https://esos.state.nv.us/SOSServices/AnonymousAccess/CorpSearch/CorpDetails.aspx?lx8n...   8/4/2008

Entity Details - Secretary of State, Nevada                                     Page 2 of 2

| | | | |
|---|---|---|---|
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90017 | Country: | |
| Status: | Active | Email: | |

**Manager - NAVROZ HAJI**

| | | | |
|---|---|---|---|
| Address 1: | 650 S GRAND AVE | Address 2: | #1620 |
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90017 | Country: | |
| Status: | Active | Email: | |

**Managing Member - MAX MCCOMBS**

| | | | |
|---|---|---|---|
| Address 1: | 228 ARLETTA ST | Address 2: | |
| City: | RENO | State: | NV |
| Zip Code: | 89513 | Country: | |
| Status: | Active | Email: | |

### Actions\Amendments

Click here to view 9 actions\amendments associated with this company

You are currently not logged in

Nevada Secretary of State, Ross Miller. Copyright 2007. All rights reserved.

13

Entity Details - Secretary of State, Nevada                                         Page 1 of 2



| Information Center | Election Center | Business Center | Licensing Center | Securities Center |

My Data Reports | Business Entity Search | Fee Schedule (Data Reports) |

## USCOLO, INC.

[ New Search ]    [ Printer Friendly ]    [ Calculate Reinstate ]

**Business Entity Information**

| Status: | Revoked on 1/1/2004 | File Date: | 12/15/1999 |
|---|---|---|---|
| Type: | Domestic Corporation | Corp Number: | C31809-1999 |
| Qualifying State: | NV | List of Officers Due: | 12/31/2002 |
| Managed By: | | Expiration Date: | |

**Resident Agent Information**

| Name: | NEVADA CORPORATE PLANNERS, INC | Address 1: | 7477 W LAKE MEA STE 170 |
|---|---|---|---|
| Address 2: | | City: | LAS VEGAS |
| State: | NV | Zip Code: | 89128 |
| Phone: | | Fax: | |
| Email: | processing@nvinc.com | Mailing Address 1: | P O BOX 28909 |
| Mailing Address 2: | | Mailing City: | LAS VEGAS |
| Mailing State: | NV | Mailing Zip Code: | 89128 |

View all business entities under this resident agent

**Financial Information**

| No Par Share Count: | 0 | Capital Amount: | $ 100,000.00 |
|---|---|---|---|
| Par Share Count: | 100,000,000.00 | Par Share Value: | $ 0.001 |

**Officers**                                                          ☐ Include Inactive

**Treasurer - RICK FISHER**

| Address 1: | PO BOX 28909 | Address 2: | |
|---|---|---|---|
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89128 | Country: | |

https://esos.state.nv.us/SOSServices/AnonymousAccess/CorpSearch/CorpDetails.aspx?lx8n...  8/4/2008

Entity Details - Secretary of State, Nevada                                         Page 2 of 2

| Status: | Active | Email: | |
|---|---|---|---|

**Secretary - NAVROZ HAJI**

| Address 1: | PO BOX 28909 | Address 2: | |
|---|---|---|---|
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89128 | Country: | |
| Status: | Active | Email: | |

**President - MAX MCCOMBS**

| Address 1: | PO BOX 28909 | Address 2: | |
|---|---|---|---|
| City: | LAS VEGAS | State: | NV |
| Zip Code: | 89128 | Country: | |
| Status: | Active | Email: | |

**Actions\Amendments**
Click here to view 4 actions\amendments associated with this company

You are currently not logged in

Nevada Secretary of State, Ross Miller.  Copyright 2007. All rights reserved.

Entity Details - Secretary of State, Nevada                                Page 1 of 2

## US COLO @ 800 HOPE LLC A LIMITED LIABILITY COM

[ New Search ]   [ Printer Friendly ]   [ Calculate List ]

### Business Entity Information

| | | | |
|---|---|---|---|
| Status: | Active on 7/21/2008 | File Date: | 3/13/2008 6:08:45 |
| Type: | Domestic Limited-Liability Company | Corp Number: | E0177682008-4 |
| Qualifying State: | NV | List of Officers Due: | 3/31/2009 |
| Managed By: | Managers | Expiration Date: | |

### Resident Agent Information

| | | | |
|---|---|---|---|
| Name: | MAX MCCOMBS | Address 1: | 228 ARLETTA ST |
| Address 2: | | City: | RENO |
| State: | NV | Zip Code: | 89512 |
| Phone: | | Fax: | |
| Email: | | Mailing Address 1: | POB 5968 |
| Mailing Address 2: | | Mailing City: | RENO |
| Mailing State: | NV | Mailing Zip Code: | 89513 |

View all business entities under this resident agent

### Financial Information

| | | | |
|---|---|---|---|
| No. Par Share Count: | 0 | Capital Amount: | $0 |

No stock records found for this company

### Officers                                          ☐ Include Inactive

**Managing Member - RICK FISHER**

| | | | |
|---|---|---|---|
| Address 1: | 600 WILSHIRE BLVD | Address 2: | #1620 |
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90017 | Country: | |

https://esos.state.nv.us/SOSServices/AnonymousAccess/CorpSearch/CorpDetails.aspx?lx8n...  8/4/2008

Entity Details - Secretary of State, Nevada                                Page 2 of 2

| | | | |
|---|---|---|---|
| Status: | Active | Email: | |

**Managing Member - NAVROZ HAJI**

| | | | |
|---|---|---|---|
| Address 1: | 600 WILSHIRE BLVD | Address 2: | #1620 |
| City: | LOS ANGELES | State: | CA |
| Zip Code: | 90017 | Country: | |
| Status: | Active | Email: | |

**Managing Member - MAX MCCOMBS**

| | | | |
|---|---|---|---|
| Address 1: | 228 ARLOTTA ST | Address 2: | |
| City: | RENO | State: | NV |
| Zip Code: | 89513 | Country: | |
| Status: | Active | Email: | |

### Actions\Amendments

Click here to view 2 actions\amendments associated with this company

You are currently not logged in

Nevada Secretary of State, Ross Miller.   Copyright 2007. All rights reserved.

15

Business Entity Search - Secretary of State, Nevada                                          Page 1 of 2

# Nevada Secretary of State

Information Center | Election Center | Business Center | Licensing Center | Securities Center
My Data Reports | Business Entity Search | Fee Schedule (Data Reports)

## Business Entity Search
*Also Includes Trademarks, Trade Names, Service Marks and Reserved Names

**Search by** Officer Name:   **First Name** max   **Middle Init.**   **Last Name** mc
☑ Include phonetic matches

**Sort by** Relevance   ⦿ descending ○ ascending **order**

Search Tips

[ Search ]

Search Results 1 - 15 of 15 search results

| Officer Name | Officer Type | Entity Name |
|---|---|---|
| MAX MCCOMBS | Managing Member | UNITEL COMMUNICATIONS LTD. |
| MAX MCCOMBS | Manager | U.S. COLO, LLC. |
| MAX MCCOMBS | Managing Member | U.S. COLO, LLC. |
| MAX MCCOMBS | Manager | TRINITY HEALTHCARE SYSTEMS, LLC |
| MAX MCCOMBS | Managing Member | FARRIS LLC |
| MAX MCCOMBS | Managing Member | EM 229 LLC |
| MAX MCCOMBS | President | USCOLO, INC. |
| MAX MCCOMBS | Director | METABOLIC TREATMENT CENTERS INC. |
| MAX MCCOMBS | President | METABOLIC TREATMENT CENTERS INC. |
| MAX MCCOMBS | Secretary | METABOLIC TREATMENT CENTERS INC. |
| MAX MCCOMBS | Treasurer | METABOLIC TREATMENT CENTERS INC. |
| MAX MCCOMBS | Manager | TRICORE LLC |
| MAX MCCOMBS | Managing Member | US COLO @ 800 HOPE LLC A LIMITED LIABILITY COM |
| MAX MCCOMBS | Managing Member | US COLO LAS VEGAS LLC |
| MAX G MCCOMBS | President | ENGLISH MILL CONDOMINIUMS HOMEOWNERS ASSO |

1

NOTE: This web site has been assured to work with Microsoft Internet Explorer 7.0, Mozilla Fire

https://esos.state.nv.us/SOSServices/AnonymousAccess/CorpSearch/CorpSearch.aspx      8/4/2008

POINTS AND AUTHORITES

(Taylor v. Anderson 234 US 74, 75-76, 34 S. Ct. 724 (1914)).

28 U.S.C. §§ 1391(b)(2) and (3) and pursuant to 18 U.S.C. § 1965(b).
statutory claims pursuant to 28 U.S.C. § 1367.

fraudulent acts under 18 US Code § 1001 and the RICO acts of racketeering

1

2   CERTIFICATE OF SERVICE

3

4

5   I HEREBY CERTIFY that on this day of August 4, 2008, I caused to

6   be mailed a true and correct copy of the foregoing to the

7   following method described below:

8

9

10

11  By Mail Delivery:

12

13  By U. S Mail Postage Prepaid;

14  _____

15  Noreen Rucinski

16

17

18

19

20

21

22

23

24

25

26

27

28