MARK WRAY, #101524
mwray@markwraylaw.com
LAW OFFICES OF MARK WRAY
608 Lander Street
Reno, Nevada 89509
(775) 348-8877
(775) 348-8351 fax
Attorney for Defendant
US COLO AT ONE WILSHIRE, LLC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCHNEIDER RUCINSKI ENTERPRISES, )<br>a California corporation, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>STRATASOFT, INC. a Texas corporation; )<br>INX/I-SECTOR, INC. a Texas corporation; )<br>U.S. COLO ONE WILSHIRE, LLC; )<br>TOUCH ASIA OUTSOURCING )<br>SOLUTIONS, INC., et al., )<br>)<br>Defendants. )<br>_____ ) | Case No. 08-CV-0138 WQH POR<br><br>**REPLY TO OPPOSITION TO MOTION TO DISMISS AND OPPOSITION TO MOTION FOR LEAVE TO AMEND**<br><br>Hon. William Q. Hayes<br>Dept. 4, Fourth Floor, U.S. Courthouse<br><br>Hearing Date: August 18, 2008<br>Hearing Time: 11:00 am<br><br>NO ORAL ARGUMENT REQUESTED |

Defendant U.S. COLO AT ONE WILSHIRE, LLC, improperly sued herein as "U.S. COLO One Wilshire, LLC.", by and through its undersigned counsel, the Law Offices of Mark Wray, hereby replies to Plaintiff's *Opposition to the Motion to Dismiss and or Plaintiff's Motion for Leave of Court to Further Amend Complaint Based on all Defendants* on the grounds that Plaintiff has failed to demonstrate that there is sufficient diversity jurisdiction to proceed with this matter.

/ / /

/ / /

/ / /

1

1       No oral argument is requested on this Motion. This motion is based on this motion, the

2  points and authorities filed herewith, and the papers and pleadings on file in this action.

3

4      DATED:   August 18, 2008      BY:   /MARK WRAY/

5                                          MARK WRAY

                                          Attorney for Defendant

6                                          US COLO AT ONE WILSHIRE, LLC.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2    The undersigned employee of the Law Offices of Mark Wray certifies pursuant to

3    FRCivP 5 that a true copy of the foregoing document was sealed in an envelope with first class

4    U.S. Postage prepaid thereon and deposited in the U.S. Mail at Reno, Nevada on August 18,

5    2008 addressed to the following:

6

7        Noreen Rucinski
         Dir. Strategic Business Development
8        Schneider Rucinski Enterprises
         3344 N. Mt. View Dr.
9        San Diego, CA 92116

10

11       John E. McCosker
         Stephen Lubega
12       Waller Lansden Dortch & Davis, LLP
         333 S. Grand Ave., Suite 1800
13       Los Angeles, CA 90071

14

15                                        _____/Mark Wray/_____

16

17

18

19

20

21

22

23

24

25

26

27

28

3